| TO: | **Register of Copyrights** | **REPORT ON THE** |
| --- | --- | --- |
| | **Copyright Office** | **FILING OR DETERMINATION OF AN** |
| | **Library of Congress** | **ACTION ON APPEAL** |
| | **Washington, D.C. 20559** | **REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

(✓) ACTION     ( ) APPEAL

DOCKET NO:     DATE FILED:     COURT NAME AND LOCATION
16-cv-00438-JSC   January 25, 2016   United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

PLAINTIFF:     DEFENDANT:
Serio          Fun Fair Inc.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| --- | --- | --- |
| 1. see Complaint | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED     INCLUDED BY:
( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:     WRITTEN OPINION ATTACHED:     DATE RENDERED:
( ) Order   ( ) Judgment     ( ) Yes   ( ) No

*Susan Y. Soong*                *Sheila Rash*
Susan Y. Soong, Clerk     (by) Deputy Clerk, Sheila Rash     Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy