# **EXHIBIT C**



# AMERICAN PHAROAH 2015 BELMONT TRIPLE CROWN WINNER HORSE RACING 8X10 PHOTO PH2

Click to view larger image

Have one to sell? Sell now

| Add to watch list

Item condition: **New**

Quantity: 1 4 available

Price: **US $4.99** Buy It Now

Add to cart

2 watching Add to watch list

Add to collection

Same day shipping | New condition | Located in United States

**Seller information**
marincountysports (649 )
100% Positive feedback

Follow this seller

Visit store: marincountysports
See other items

LEARN HOW TO EARN $30 BACK
as a statement credit if you are approved for a new eBay MasterCard® account.
Learn More

Shipping: $3.75 Standard Shipping | See details
Item location: Phoenix, Arizona, United States
Ships to: United States and many other countries | See details

Delivery: Estimated between **Wed. Jan. 27 and Mon. Feb. 1**
Ships today if paid within **6 hrs 37 mins** Details

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## People who viewed this item also viewed

Feedback on our suggestions

AMERICAN PHAROAH TRIPLE
**$4.99**
Buy It Now
+ $3.99 Shipping

AMERICAN PHAROAH 2015
**$4.99**
Buy It Now
+ $2.50 Shipping

AMERICAN PHAROAH 2015
**$4.99**
Buy It Now
+ $3.75 Shipping

AMERICAN PHAROAH 2015
**$5.99**
Buy It Now
+ $2.50 Shipping

Description | Shipping and payments | Report item

eBay item number: 221986004272

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | | Jockey: | Victor Espinoza |
| Size: | 8X10 | Event: | Belmont Stakes |
| Color: | COLOR | | |

**NEW RIGHT HERE!!**
**LOOK FOR OUR NEW LOW PRICING.**
**DON'T TELL YOUR FRIENDS**
**BE THE FIRST TO BUY IT NOW!!!!**

# AMERICAN PHAROAH 2015 BELMONT TRIPLE CROWN WIN

## HORSE RACING 8X10 PHOTO

### UNSIGNED 8X10 PHOTO

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question



‹ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ›

Sponsored Links

     

| CafePress AMERICAN | CafePress American Pharoah 2015 | American Pharoah 2015 Men's T-Shirts | CafePress American Pharoah 2015 | CafePress American Pharoah Wins... | CafePress AMERICAN |
|---|---|---|---|---|---|
| $9.95 $12.99 | $48.99 | $23.35 | $3.49 | $13.99 | $32.99 |
| CafePress.com | CafePress.com | ZAZZLE.COM | CafePress.com | CafePress.com | CafePress.com |



Back to search results                                                                                          Return to top

More to explore :  Triple Crown Horse Blankets & Sheets,  Triple Crown Shuffleboard,  Triple Crown Men's Accessories,  Triple Crown Men's Hats,
Winner�s Circle Steve Park Chevrolet Diecast Racing Cars,  Winner�s Circle Dale Jarrett Batman Diecast Racing Cars

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2016 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice



American Pharoah 2015 Belmont Triple Crown Winner Horse Racing 8x10 Photo PH2 | eBay - Mozilla Firefox

American Pharoah ... ×

www.ebay.com/itm/AMERICAN-PHAROAH-2015-BELMONT-TRIPLE-CROWN-WINNER-HORSE-RACING-8X10-PHOTO-PH2/22    Q Search

eBay and PayPal will be separate companies soon. We've updated the eBay and PayPal User Agreements and Privacy Notices. Learn more

Hi! Sign in or register   | Daily Deals | Gift Cards | Sell | Help & Contact     FOURTH OF JULY FRENZY    My eBay
Shop now

ebay   Shop by category ▾   Search...   All Categories ▾   Search   Advanced

❮ Back to home page   | Listed in category:   Sports Mem, Cards & Fan Shop  >  Fan Apparel & Souvenirs  >  Horse Racing

## AMERICAN PHAROAH 2015 BELMONT TRIPLE CROWN WINNER HORSE RACING 8X10 PHOTO PH2

Item condition: New                                                                    | Add to watch list

Quantity:  1        2 available / 3 sold

Price:  US $4.99        Buy It Now

Add to cart

14 watching        ⊕ Add to watch list
                   ★ Add to collection

**Tracked international Shipping**   100% positive feedback   New condition

Click to view larger image

$ Have one to sell?   Sell now

Shipping:  $18.06 International Priority Shipping to Germany via the Global Shipping Program ⓘ | See details
           Item location: Phoenix, Arizona, United States
           Ships to: United States and many other countries | See details

Import charges:  $0.00 (amount confirmed at checkout) ⓘ
                 No additional import charges on delivery

Delivery:  Estimated between **Wed. Jul. 8 and Thu. Jul. 16** ⓘ
           Includes international tracking
           Ships today if paid within **2 hrs 14 mins** Details

Payments:  **PayPal**  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER
           Credit Cards processed by PayPal

           **PayPal CREDIT**

Modified: 30 Jun 2015  Screenshot: 30 Jun 2015 20:45:40

**Seller information**
marincountysports (438 ★)
100% Positive feedback

Top Rated Plus

+ Follow this seller

Visit store: marincountysports
See other items

SAVE BIG ON
GIFT CARDS FROM
YOUR FAVORITE BRANDS

Free Shipping

Shop now

ebay   KOHL'S





American Pharoah 2015 Belmont Triple Crown Winner Horse Racing 8x10 Photo PH2 | eBay - Mozilla Firefox

American Pharoah ... ×

www.ebay.com/itm/AMERICAN-PHAROAH-2015-BELMONT-TRIPLE-CROWN-WINNER-HORSE-RACING-8X10-PHOTO-PH2/22

Search

eBay and PayPal will be separate companies soon. We've updated the eBay and PayPal User Agreements and Privacy Notices. Learn more

Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to home page | Listed in category: Sports Mem, Cards & Fan Shop > Fan Apparel & Souvenirs > Horse Racing

Click to view larger image

$ Have one to sell? Sell now

# AMERICAN PHAROAH 2015 BELMONT TRIPLE CROWN WINNER HORSE RACING 8X10 PHOTO PH2

Item condition: New

Quantity: 1 2 available / 3 sold

Price: US $4.99

Buy It Now

Add to cart

14 watching

Add to watch list

Add to collection

Tracked international Shipping | 100% positive feedback | New condition

Shipping: $18.06 International Priority Shipping to Germany via the Global Shipping Program | See details

Item location: Phoenix, Arizona, United States

Ships to: United States and many other countries | See details

Import charges: $0.00 (amount confirmed at checkout)

No additional import charges on delivery

Delivery: Estimated between Wed. Jul. 8 and Thu. Jul. 16

Includes international tracking

Ships today if paid within 2 hrs 14 mins Details

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Add to watch list

Seller information

marincountysports (438 ★)

100% Positive feedback

Top Rated Plus

Follow this seller

Visit store: marincountysports

See other items

SAVE BIG ON GIFT CARDS FROM YOUR FAVORITE BRANDS

Free Shipping

Shop now

ebay KOHL'S

Modified: 30 Jun 2015 Screenshot: 30 Jun 2015 20:45:40

American Pharoah 2015 Belmont Triple Crown Winner Horse Racing 8x10 Photo PH2 | eBay - Mozilla Firefox

American Pharoah ... ×

www.ebay.com/itm/AMERICAN-PHAROAH-2015-BELMONT-TRIPLE-CROWN-WINNER-HORSE-RACING-8X10-PHOTO-PH2-/22    Q Search

| AMERICAN PHAROAH 2015 BELMONT TRIPLE CROWN WINNER HORSE RACING | AMERICAN PHAROAH 2015 BELMONT TRIPLE CROWN WINNER HORSE RACING | SECRETARIAT 1973 BELMONT TRIPLE CROWN WINNER HORSE RACING | + See all |
|---|---|---|---|
| $4.99 | $5.99 | $5.99 | |

Offer conditions | Learn about pricing

Subtotal: US $4.99
Discount: - US $1.50

**Total:** **US $3.49**

Add to cart

Tell us what you think
You can change quantities in your cart.

**Description**    **Shipping and payments**    Report Item

eBay item number: 221798027011

Seller assumes all responsibility for this listing.
Last updated on  Aug 17, 2015 11:55:04 PDT  View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing ... Read more | Jockey: | Victor Espinoza |
|---|---|---|---|
| Size: | 8X10 | Event: | Belmont Stakes |
| Color: | COLOR | | |

## NEW RIGHT HERE!!
## LOOK FOR OUR NEW LOW PRICING.
## DON'T TELL YOUR FRIENDS
## BE THE FIRST TO BUY IT NOW!!!!

## AMERICAN PHAROAH 2015 BELMONT TRIPLE CROWN

Modified: 24 Aug 2015   Screenshot