Brandon P. Leahy (SBN 298064)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: bleahy@duanemorris.com

Attorneys for Plaintiff
SCOTT SERIO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SCOTT SERIO,<br><br>              Plaintiff,<br><br>      v.<br><br>FUN FAIR INC. d/b/a MARIN COUNTY SPORTS,<br><br>              Defendant. | Case No.: 3:16-cv-00438-JSC<br><br>**DECLARATION OF BRANDON P. LEAHY IN SUPPORT OF PLAINTIFF'S REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER**<br><br>Initial CMC: 4/28/16<br>Time:           1:30 p.m.<br>Courtroom:   F, 15th Floor<br><br>Magistrate Judge:   Jacqueline S. Corley<br>Complaint Filed:     January 25, 2016 |

I, Brandon P. Leahy, declare as follows:

1.  I am an attorney duly licensed to practice in this Court, and am an associate at Duane Morris LLP, attorneys of record for Plaintiff SCOTT SERIO ("Serio" or "Plaintiff"). The following is of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2.  Plaintiff has made many attempts to personally serve Defendant's agent, Jeffrey Kranz, at the address on file with the Arizona Corporation Commission. A true and correct copy of the returned unexecuted service of summons with a description of the service attempts is attached hereto as **Exhibits A.**

3.  In addition to that Arizona address, Plaintiff sought to serve Defendant at a possible current New York address that appeared in Plaintiff's investigation. A true and correct copy of the returned unexecuted service of summons with a description of the service attempt for the New York address is attached hereto as **Exhibits B.**

4.  A true and correct copy of the Arizona Corporation Commission webpage showing Defendant's incorporation in that state is attached hereto **as Exhibit C**.

5.  In accordance with Arizona Rules of Civil Procedure, Rule 4.1(I), and under authority of Federal Rule of Civil Procedure 4(e)(1), Plaintiff personally served Defendant by filing the summons, complaint, and other required documents with the Arizona Corporation Commission on March 24, 2016. Plaintiff is awaiting receipt of a Certificate of Mailing to file with this Court as proof of service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this sixth day of April, 2016, at San Francisco, CA.

*/ s / Brandon P. Leahy*
Brandon P. Leahy

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-00438-JSC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Fan Fair Inc. d/b/a Marin County Sports
was received by me on *(date)*  01/26/2016

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   See attempts below   ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  3/3/2016

*Server's signature*

Chona fe Young - Process Server
*Printed name and title*

9393 N 90th St #121, Scottsdale, AZ 85258
*Server's address*

Additional information regarding attempted service, etc:  3838 E Patrick Lane Phoenix, AZ 85050

02/02/2016 - 11:35 -- Residential address. Rang the doorbell no answer. No car on the driveway. Blind is closed.
02/03/2016 - 07:29 -- Rang the doorbell no answer. No car on the driveway. Blind is closed. Tried to contact a neighbor to confirm residency but neighbor didn't answer the door.
02/06/2016 - 13:09 -- Rang the doorbell no answer. No car on the driveway. All shutters are closed. Male neighbor said he doesn't know who lives at 3838.
02/09/2016 - 19:17 -- Rang the doorbell no answer. Quiet and dark inside the house. No vehicle on the driveway.
02/12/2016 - 20:38 -- The house is dark and quiet inside. I rang the doorbell no answer. No vehicle on the driveway. I tried to contact a neighbor to confirm residency but neighbor didn't answer the door.

www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

SCOTT SERIO
_Plaintiff(s)_

v.

Civil Action No. 3:16-cv-00438-JSC

FAN FAIR INC. d/b/a MARIN COUNTY SPORTS
_Defendant(s)_

## AMENDED SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
FAN FAIR INC. d/b/a MARIN COUNTY SPORTS
3838 East Patrick Lane
Phoenix, Arizona 85050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brandon P. Leahy, Esq. (SBN 298064)
Duane Morris LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

_Sheila Rash_
Signature of Clerk or Deputy Clerk

Date: 1/29/2016



American LegalNet, Inc.
www.FormsWorkFlow.com

# **EXHIBIT B**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-00438-JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☑ I returned the summons unexecuted because __the Defendant and its Registered__; or
__Agent are unknown at given address__

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 3/16/16

*Server's signature*

Amarachukwu Ekeoma
*Printed name and title*

176-37 120th Avenue, Jamaica, NY 11434
*Server's address*

Additional information regarding attempted service, etc:
On March 10, 2016 at approximately 8:20 a.m. at 25 Phaetons Drive, Melville, NY 11747, [de]ponent attempted to serve the within Second Amended Summons in a Civil Action, Amended [Co]mplaint for Copyright Infringement, etc. upon Fan Fair Inc. d/b/a Marin County Sports c/o Jeffrey [Ch]arles Kranz; but Deponent spoke with Ms. Sidhu who stated that she has resided at the [af]orementioned address for thirteen (13) years and both Fan Fair Inc. [d/]b/a Marin County Sports and Jeffrey Charles Kranz, registered agent, [a]re unknown.

American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
---------------------------------------------------------------X
SCOTT SERIO,

               Plaintiff,

    - against -

FAN FAIR INC. d/b/a MARIN COUNTY SPORTS,
               Defendant.
---------------------------------------------------------------X

**AFFIDAVIT OF ATTEMPTED SERVICE**
Civil Action No. 3:16-cv-00438-JSC

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF QUEENS    )

    Amarachukwu Ekeoma, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

    On March 10, 2016, at approximately 8:20 a.m. at 25 Phaetons Drive, Melville, NY 11747-2028, Deponent attempted to serve the within Second Amended Summons in a Civil Action, Amended Complaint for Copyright Infringement (Demand for Jury Trial) with Exhibit A-C, Amended Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Contents of Joint Case Management Statement, Civil Standing Order for Magistrate Judge Jacqueline Scott Corley, and Settlement Conference Standing Order for Magistrate Judge Jacqueline Scott Corley upon **Fan Fair Inc. d/b/a Marin County Sports** c/o Jeffrey Charles Kranz.

    At the time of said attempt, Deponent spoke with Ms. Sidhu who informed Deponent she has resided at the aforementioned address for thirteen (13) years and that both Fan Fair Inc. d/b/a Marin County Sports and Jeffrey Charles Kranz, registered agent, are unknown.

                                                      _____
                                                         Amarachukwu Ekeoma

Sworn to before me this
16th day of March, 2016

_____
Notary Public

*Karlene S. Jackson, Notary Public*
*State of New York, #01JA5083169*
*Qualified in Queens County*
*Commission Expires November 17, 2017*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

SCOTT SERIO
*Plaintiff(s)*

v.

FAN FAIR INC. d/b/a MARIN COUNTY SPORTS
*Defendant(s)*

Civil Action No. 3:16-cv-00438-JSC

### SECOND AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FAN FAIR INC. d/b/a MARIN COUNTY SPORTS
25 Phaetons Drive
Melville, NY 11747-2028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brandon P. Leahy, Esq. (SBN 298064)
Duane Morris LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
Susan Y. Soong

Date: 2/22/2016

*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com

# **EXHIBIT C**

# ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION
# WEBSITE ENTITY DETAIL • http://ecorp.azcc.gov/

**DELINQUENT ANNUAL REPORT 3/4/2016**

| Corporate Inquiry | |
|---|---|
| **File Number** | **Corporation Name** |
| 12458822 | FAN FAIR INC. |

| Domestic Address |
|---|
| 3838 EAST PATRICK LANE |
| PHOENIX, AZ 85050 |

| Statutory Agent Information |
|---|
| **Agent Name:** JEFF KRANZ |
| **Agent Mailing/Physical Address:** |
| 3838 EAST PATRICK LANE |
| PHOENIX, AZ 85050 |
| **Agent Status:** APPOINTED 11/30/2005 |
| **Agent Last Updated:** 04/24/2012 |

| Additional Entity Information | |
|---|---|
| **Entity Type:** BUSINESS | **Buiness Type:** SPORTS/SPORTING EVENTS |
| **Incorporation Date:** 11/30/2005 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 11/30/2005 | **Original Publish Date:** 1/6/2006 |
| **Status:** DELINQUENT ANNUAL REPORT | **Status Date:** 3/4/2016 |

| Officer Information | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Address** | **Date Taking Office** | **Last Updated** |
| JEFFREY KRANZ | PRESIDENT | 3838 EAST PATRICK LANE<br>PHOENIX, AZ 85050 | 02/22/2007 | 05/13/2015 |

| Director Information | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Address** | **Date Taking Office** | **Last Updated** |
| JEFF KRANZ | DIRECTOR | 3838 EAST PATRICK LANE<br>PHOENIX, AZ 85050 | 06/06/2005 | 05/13/2015 |

# ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION
# WEBSITE ENTITY DETAIL • http://ecorp.azcc.gov/

## Annual Reports

**Next Annual Report Due:** 11/30/2015

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extention |
|---|---|---|---|---|---|
| 2013 | 11 | 02/22/2014 | | | |
| 2012 | 11 | 04/28/2013 | | | |
| 2014 | 11 | 04/07/2015 | | | |
| 2006 | 11 | 02/22/2007 | | | |
| 2007 | 11 | 11/01/2007 | | | |
| 2009 | 11 | 04/02/2010 | | | |
| 2010 | 11 | 06/12/2011 | | | |
| 2008 | 11 | 12/03/2008 | | | |
| 2011 | 11 | 03/24/2012 | | | |

## Scanned Documents

| Document Number | Description | Date Received |
|---|---|---|
| 03088391 | 09 ANNUAL REPORT | 04/02/2010 |
| 05020819 | 14 ANNUAL REPORT | 04/07/2015 |
| 01899909 | 06 ANNUAL REPORT | 02/22/2007 |
| 03835716 | 11 ANNUAL REPORT | 03/24/2012 |
| 03513598 | 10 ANNUAL REPORT | 06/12/2011 |
| 04273808 | 12 ANNUAL REPORT | 04/28/2013 |
| 01406538 | ARTICLES | 11/30/2005 |
| 02199798 | 07 ANNUAL REPORT | 11/01/2007 |
| 02638695 | 08 ANNUAL REPORT | 12/03/2008 |
| 04589905 | 13 ANNUAL REPORT | 02/22/2014 |
| 01442236 | PUB OF ARTICLES | 01/06/2006 |

## Documents Pending Review

| Document Number | Description | Expedited |
|---|---|---|
| 05448359 | 15 ANNUAL REPORT | No |

# ARIZONA CORPORATION COMMISSION CORPORATIONS DIVISION
# WEBSITE ENTITY DETAIL • http://ecorp.azcc.gov/

### Notices of Pending Administrative Dissolution

| Date | Reason |
|---|---|
| 03/04/2016 | DELINQUENT ANNUAL REPORT |
| 03/05/2015 | DELINQUENT ANNUAL REPORT |
| 03/05/2013 | DELINQUENT ANNUAL REPORT |
| 03/05/2012 | DELINQUENT ANNUAL REPORT |
| 03/17/2011 | DELINQUENT ANNUAL REPORT |
| 03/08/2010 | DELINQUENT ANNUAL REPORT |

### Administrative Dissolutions and Reinstatements

| Administrative Dissolutions Date | Administrative Dissolutions Reason | Reinstatement Date |
|---|---|---|
| 06/03/2011 | AD-DISSOLVED - FILE A/R | 6/12/2011 12:00:00 AM |

### Microfilm

| Location | Entered | Description |
|---|---|---|
| 32094000506 | 11/01/2007 | 07 ANNUAL REPORT |
| 11819038004 | 08/25/2008 | MAIL RETURNED/ANNUAL REPORT DOCUMENT |
| 32156005565 | 11/25/2008 | NOTICE OF PENDING ADMINISTRATIVE DISSOLUTION |
| 32311028012 | 04/02/2010 | 09 ANNUAL REPORT |
| 32176000913 | 12/03/2008 | 08 ANNUAL REPORT |
| 31938001418 | 01/06/2006 | PUB OF ARTICLES |
| 32038002065 | 02/22/2007 | 06 ANNUAL REPORT |
| 31933004826 | 11/30/2005 | ARTICLES |
| 11926008055 | 06/12/2011 | CERTIFICATE OF REINSTATEMENT |