AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

SCOTT SERIO

*Plaintiff(s)*

v.

FAN FAIR INC. d/b/a MARIN COUNTY SPORTS

*Defendant(s)*

Civil Action No. 3:16-cv-00438-JSC

## SECOND AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FAN FAIR INC. d/b/a MARIN COUNTY SPORTS
25 Phaetons Drive
Melville, NY 11747-2028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brandon P. Leahy, Esq. (SBN 298064)
 Duane Morris LLP
 One Market Plaza, Spear Tower
 Suite 2200
 San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Susan Y. Soong*

Date: 2/22/2016

*Signature of Clerk or Deputy Clerk*



# STATE OF ARIZONA



**Office of the**
**CORPORATION COMMISSION**

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**CERTIFICATE OF MAILING, 04/14/2016**

consisting of 1 pages, is a true and complete copy of the original of said document on file with this office for:

**FAN FAIR INC.**
**ACC file number: -1245882-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: April 14, 2016.



Jodi A. Jerich, Executive Director

By: _____
JEFFREY A. BARKER

| COMMISSIONERS<br>DOUG LITTLE – Chairman<br>BOB STUMP<br>BOB BURNS<br>TOM FORESE<br>ANDY TOBIN |  | JODI JERICH<br>Executive Director<br><br>PATRICIA L. BARFIELD<br>Director<br>Corporations Division |
|---|---|---|

# ARIZONA CORPORATION COMMISSION

## CERTIFICATE OF MAILING

The undersigned person certifies the following facts:

On **04/14/2016**, **JEFFREY A BARKER**, an employee of the Arizona Corporation Commission ("ACC"), received on behalf of the ACC service of the following documents upon the ACC as agent for **FAN FAIR INC.**.

Case caption: **SCOTT SERIO** v. **FAN FAIR INC.**,
Case number: 16-CV-00438-JSC
Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

☒ Summons ☐ Default Judgment
☒ Complaint ☐ Judgment
☐ Subpoena ☐ Writ of Garnishment
☐ Subpoena Duces Tecum
☐ Motion For Summary Judgment
☐ Motion for
☒ Other **ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

---

On **04/14/2016**, the undersigned person placed a copy of the above listed documents in the United States Mail, postage prepaid, addressed to the entity at its last known place of business address, as follows:

**FAN FAIR INC.**
**3838 EAST PATRICK LANE**
**PHOENIX, AZ 85050**

OR

The undersigned was unable to mail the above listed documents to

because that entity is not a registered corporation or limited liability company in the State of Arizona, and the Arizona Corporation Commission has no record of its known place of business.

---

I declare and certify under penalty of perjury that the foregoing is true and correct.

Printed name: **JEFFREY A BARKER**          Date: **04/14/2016**

Signature: _/s/ Jeffrey A Barker_

# STATE OF ARIZONA



### Office of the
### CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**CERTIFICATE OF MAILING, 03/25/2016**

consisting of 1 pages, is a true and complete copy of the original of said document on file with this office for:

**FAN FAIR INC**
**ACC file number: -1245882-2**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: April 6, 2016.



Jodi A. Jerich, Executive Director

By: Mary Lee Blair

| COMMISSIONERS | | JODI JERICH |
|---|---|---|
| DOUG LITTLE – Chairman | | Executive Director |
| BOB STUMP | | |
| BOB BURNS | | PATRICIA L. BARFIELD |
| TOM FORESE | | Director |
| ANDY TOBIN | | Corporations Division |



## ARIZONA CORPORATION COMMISSION

## CERTIFICATE OF MAILING

The undersigned person certifies the following facts:

On **March 25, 2016**, **MARY LEE BLAIR**, an employee of the Arizona Corporation Commission ("ACC"), received on behalf of the ACC service of the following documents upon the ACC as agent for **FAN FAIR INC.**

Case caption: **SCOTT SERIO v. FAN FAIR INC,**
Case number: **3:16-cv-00438-JSC**
Court:      **UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT OF CALIFORNIA**

| | | | |
|---|---|---|---|
| ☒ | Summons | ☐ | Default Judgment |
| ☒ | Complaint | ☐ | Judgment |
| ☐ | Subpoena | ☐ | Writ of Garnishment |
| ☐ | Subpoena Duces Tecum | | |
| ☐ | Motion For Summary Judgment | | |
| ☐ | Motion for | | |
| ☐ | Other | | |

On **March 29, 2016**, the undersigned person placed a copy of the above listed documents in the United States Mail, postage prepaid, addressed to the entity at its last known place of business address, as follows:

**FAN FAIR INC
3838 E PATRICK LANE
PHOENIX, AZ  85050**`

OR

The undersigned was unable to mail the above listed documents to

because that entity is not a registered corporation or limited liability company in the State of Arizona, and the Arizona Corporation Commission has no record of its known place of business.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Printed name: **MARY LEE BLAIR**         Date: **March 29, 2016**

Signature: _/s/ Mary Lee Blair_