1  Brandon P. Leahy (SBN 298064)
   **DUANE MORRIS LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone: +1 415 957 3000
4  Fax: +1 415 957 3001
   E-mail: bleahy@duanemorris.com
5

6  Attorneys for Plaintiff
   SCOTT SERIO
7

8                    **UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                         **(SAN FRANCISCO DIVISION)**

11

12 | SCOTT SERIO, | Case No.: 3:16-cv-00438-JSC |
   |---|---|
13 | Plaintiff, | |
   | | **REQUEST FOR ENTRY OF CLERK'S** |
14 | v. | **DEFAULT AGAINST DEFENDANT** |
   | | **FAN FAIR, INC. D/B/A MARIN** |
15 | FAN FAIR INC. d/b/a MARIN COUNTY SPORTS, | **COUNTY SPORTS** |
16 | Defendant. | |
17 | | |
   | | Magistrate Judge:   Jacqueline S. Corley |
18 | | Complaint Filed:     January 25, 2016 |
19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT**:

Plaintiff Scott Serio ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Fan Fair Inc. d/b/a Marin County Sports ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure, Rule 12(a)(1)(A). As appears from the Declaration of Brandon P. Leahy filed herewith, Plaintiff has formally served Defendant by filing the summons, complaint, and other required documents with the Arizona Corporation Commission ("A.C.C."). Pursuant to its statutory obligation, the A.C.C. mailed a copy of said documents to Defendant at its last known place of business on file, as evidenced by the proof of service of summons on file with the Court. See Docket No. 18.

The above stated facts and others describing Plaintiff's efforts to encourage Defendant's appearance are set forth in the accompanying declaration of Brandon P. Leahy.

Dated: May 20, 2016          **DUANE MORRIS LLP**

By: */s / Brandon P. Leahy*
Brandon Leahy (SBN 298064)

Attorneys for Plaintiff
SCOTT SERIO