Brandon P. Leahy (SBN 298064)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: bleahy@duanemorris.com

Attorneys for Plaintiff
SCOTT SERIO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SCOTT SERIO,<br><br>                    Plaintiff,<br><br>        v.<br><br>FAN FAIR INC. d/b/a MARIN COUNTY SPORTS,<br><br>                    Defendant. | Case No.: 3:16-cv-00438-JSC<br><br>**DECLARATION OF BRANDON P. LEAHY IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT FAN FAIR, INC. D/B/A MARIN COUNTY SPORTS**<br><br><br> Magistrate Judge:    Jacqueline S. Corley<br>Complaint Filed:     January 25, 2016 |

I, Brandon P. Leahy, declare:

1.      I am an attorney duly licensed to practice before this Court and an associate of Duane Morris LLP, attorneys of record for Plaintiff Scott Serio ("Plaintiff").  The following is of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2.      On January 27, 2016, Plaintiff filed an amended, operative complaint ("Complaint") for copyright infringement in the above-entitled matter against Defendant Fan Fair Inc. dba Marin Country Sports ("Defendant").

3.      As shown in my declaration filed in support of Plaintiff's Request for Continuance of Initial Case Management Conference and ADR Deadlines, filed with this Court on April 6, 2016, Plaintiff made many attempts to personally serve Defendant's agent, Jeffrey Kranz, at the address on file with the Arizona Corporation Commission.  In addition to that Arizona address, Plaintiff sought to serve Defendant at a possible current New York address that appeared in Plaintiff's investigation. As to both addresses, the service of summons was returned unexecuted with descriptions of the many attempts to personally serve Defendant.

4.      In accordance with Arizona Rules of Civil Procedure, Rule 4.1(I), and under authority of Federal Rule of Civil Procedure 4(e)(1), Plaintiff personally served Defendant by filing the summons, Complaint, and other required documents with the Arizona Corporation Commission ("A.C.C.") on March 24, 2016.  On March 29, 2016, the A.C.C. mailed the summons and Complaint to Defendant's last known place of business address.  The Order Setting Initial Case Management Conference and ADR Deadlines were thereafter mailed by the A.C.C. on April 14, 2016.  Proof of said service is on file with the Court (See Docket No. 18) and attached hereto as **Exhibit A**.

5.      The deadline for Defendant to respond to the Complaint was May 5, 2016.

6.      Defendant has not appeared in this action and its time to respond to the Complaint was not extended.

7.      In addition to formally serving Defendant, Plaintiff has sought to contact Defendant through its eBay account, the medium for its infringement of Plaintiff's copyrighted work.  Through eBay's system for contacting the seller of goods, which I understand directs such messages to the

DECL. OF BRANDON P. LEAHY I/S/O PLAINTIFF'S REQUEST FOR                    CASE NO.: 3:16-CV-00438-JSC
ENTRY OF DEFAULT AGAINST DEFENDANT

1    seller's personal email address, I urged Defendant to contact me concerning the Complaint.

2    Defendant has not responded.

3        8.    Plaintiff's investigation indicates that Defendant's eBay account is still in operation,

4    though it does not appear the offending images are currently listed for sale.

5        9.    To the best of my knowledge and belief, Defendant is not an infant or incompetent

6    person, or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act

7    of 1940.

8        I declare under penalty of perjury under the laws of the State of California that the foregoing

9    is true and correct.  Executed this 20th day of  May, 2016, at San Francisco, California.

10

11        By:_/ s / Brandon P. Leahy_____
              Brandon Leahy (SBN 298064)

12            Attorneys for Plaintiff
13            SCOTT SERIO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF BRANDON P. LEAHY I/S/O PLAINTIFF'S REQUEST FOR          CASE NO.: 3:16-CV-00438-JSC
ENTRY OF DEFAULT AGAINST DEFENDANT

# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| SCOTT SERIO | ) ) ) ) ) ) |
| _Plaintiff(s)_ | |
| v. | Civil Action No.    3:16-cv-00438-JSC |
| FAN FAIR INC. d/b/a MARIN COUNTY SPORTS | |
| _Defendant(s)_ | |

## SECOND AMENDED SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
FAN FAIR INC. d/b/a MARIN COUNTY SPORTS
25 Phaetons Drive
Melville, NY 11747-2028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brandon P. Leahy, Esq. (SBN 298064)
 Duane Morris LLP
 One Market Plaza, Spear Tower
 Suite 2200
 San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_
Susan Y. Soong

Date:  2/22/2016

_Signature of Clerk or Deputy Clerk_


American LegalNet, Inc.
www.FormsWorkFlow.com




# STATE OF ARIZONA



---

### Office of the
## CORPORATION COMMISSION

---

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**CERTIFICATE OF MAILING, 04/14/2016**

consisting of 1 pages, is a true and complete copy of the original of said document on file with this office for:

**FAN FAIR INC.**
**ACC file number:  -1245882-2**

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: April 14, 2016.**



*Jodi A. Jerich*

Jodi A. Jerich, Executive Director

By:  *Jeffrey A. Barker*

JEFFREY A. BARKER






COMMISSIONERS
DOUG LITTLE – Chairman
BOB STUMP
BOB BURNS
TOM FORESE
ANDY TOBIN

JODI JERICH
Executive Director

PATRICIA L. BARFIELD
Director
Corporations Division

## ARIZONA CORPORATION COMMISSION

## CERTIFICATE OF MAILING

The undersigned person certifies the following facts:

On **04/14/2016**, **JEFFREY A BARKER** , an employee of the Arizona Corporation Commission ("ACC"), received on behalf of the ACC service of the following documents upon the ACC as agent for **FAN FAIR INC.**.

Case caption:   **SCOTT SERIO** v. **FAN FAIR INC.**,
Case number:   16-CV-00438-JSC
Court:        UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | | | | |
|---|---|---|---|---|
| ☒ | Summons | | ☐ | Default Judgment |
| ☒ | Complaint | | ☐ | Judgment |
| ☐ | Subpoena | | ☐ | Writ of Garnishment |
| ☐ | Subpoena Duces Tecum | | | |
| ☐ | Motion For Summary Judgment | | | |
| ☐ | Motion for | | | |
| ☒ | Other | **ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** | | |

On **04/14/2016**, the undersigned person placed a copy of the above listed documents in the United States Mail, postage prepaid, addressed to the entity at its last known place of business address, as follows:

**FAN FAIR INC.**
**3838 EAST PATRICK LANE**
**PHOENIX, AZ 85050**

**OR**

The undersigned was unable to mail the above listed documents to

because that entity is not a registered corporation or limited liability company in the State of Arizona, and the Arizona Corporation Commission has no record of its known place of business.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Printed name:  **JEFFREY A BARKER**                    Date:  **04/14/2016**

Signature: _____

1300 WEST WASHINGTON, PHOENIX, ARIZONA 85007-2929 / 400 WEST CONGRESS STREET, SUITE #221, TUCSON, ARIZONA 85701-1347
www.azcc.gov • 602-542-3026

Rec07                                                                                          Revised 01/27/2015
Page 1 of 1




# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

**CERTIFICATE OF MAILING, 03/25/2016**

consisting of 1 pages, is a true and complete copy of the original of said document on file with this office for:

**FAN FAIR INC**
**ACC file number: -1245882-2**



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: April 6, 2016.

*Jodi A. Jerich*

Jodi A. Jerich, Executive Director

By: *Mary Lee Blair*

Mary Lee Blair






COMMISSIONERS
DOUG LITTLE – Chairman
BOB STUMP
BOB BURNS
TOM FORESE
ANDY TOBIN

JODI JERICH
Executive Director

PATRICIA L. BARFIELD
Director
Corporations Division

## ARIZONA CORPORATION COMMISSION

# CERTIFICATE OF MAILING

The undersigned person certifies the following facts:

On **March 25, 2016**, **MARY LEE BLAIR** , an employee of the Arizona Corporation Commission ("ACC"), received on behalf of the ACC service of the following documents upon the ACC as agent for **FAN FAIR INC.**

Case caption:  **SCOTT SERIO** v. **FAN FAIR INC**,
Case number: **3:16-cv-00438-JSC**
Court:        **UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT OF CALIFORNIA**

☒ Summons        ☐ Default Judgment
☒ Complaint       ☐ Judgment
☐ Subpoena       ☐ Writ of Garnishment
☐ Subpoena Duces Tecum
☐ Motion For Summary Judgment
☐ Motion for
☐ Other

On **March 29, 2016**, the undersigned person placed a copy of the above listed documents in the United States Mail, postage prepaid, addressed to the entity at its last known place of business address, as follows:

**FAN FAIR INC
3838 E PATRICK LANE
PHOENIX, AZ 85050`**

**OR**

The undersigned was unable to mail the above listed documents to

because that entity is not a registered corporation or limited liability company in the State of Arizona, and the Arizona Corporation Commission has no record of its known place of business.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Printed name: **MARY LEE BLAIR**      Date: **March 29, 2016**

Signature: _____

1300 WEST WASHINGTON, PHOENIX, ARIZONA 85007-2929 / 400 WEST CONGRESS STREET, SUITE #221, TUCSON, ARIZONA 85701-1347
www.azcc.gov - 602-542-3026

Rec07            Page 1 of 1            Revised 01/27/2015