1   Brandon P. Leahy (SBN 298064)
    **DUANE MORRIS LLP**
2   Spear Tower
    One Market Plaza, Suite 2200
3   San Francisco, CA  94105-1127
    Telephone: +1 415 957 3000
4   Fax: +1 415 957 3001
    E-mail: bleahy@duanemorris.com
5

6   Attorneys for Plaintiff
    SCOTT SERIO
7

8               UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              (SAN FRANCISCO DIVISION)

11

12   SCOTT SERIO,                          Case No.: 3:16-cv-00438-JSC

13                    Plaintiff,

14        v.                               **CERTIFICATE OF SERVICE**

15   FAN FAIR INC. d/b/a MARIN COUNTY SPORTS,

16                    Defendant.           Magistrate Judge:   Jacqueline S. Corley
                                           Complaint Filed:    January 25, 2016
17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2   *Serio v. Fan Fair, Inc.*
    USDC - NDCA, Case No. 16-cv-00438-JSC

3

4          I am a citizen of the United States, over the age of 18 years, and not a party to interested in
    the cause.  I am an employee of Duane Morris LLP and my business address is One Market, Spear

5   Tower, Suite 2200, San Francisco, California 94105.  I am readily familiar with this firm's practices
    for collecting and processing correspondence for mailing with the United States Postal Service and

6   for transmitting documents by FedEx, fax, email, messenger and other modes.  On the date stated
    below, I served the following documents:

7       1.  **REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT FAN
            FAIR, INC. D/B/A MARIN COUNTY SPORTS**

8

9       2.  **DECLARATION OF BRANDON P. LEAHY IN SUPPORT OF PLAINTIFF'S
            REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT FAN
            FAIR, INC. D/B/A MARIN COUNTY SPORTS; and**

10

11      3.  **CERTIFICATE OF SERVICE**

12      ☒      **BY U.S. MAIL**: ☒ I enclosed the documents in a sealed envelope or package
               addressed to the person(s) set forth below, and placed the envelope for collection and

13             mailing following our ordinary business practices, which are that on the same day
               correspondence is placed for collection and mailing, it is deposited in the ordinary

14             course of business with the United States Postal Service in San Francisco, California,
               in a sealed envelope with postage fully prepaid.

15  Fan Fair, Inc.                                    Defendant
    3838 East Patrick Lane

16  Phoenix AZ 85050

17

18         I declare under penalty of perjury under the laws of the State of California that the foregoing
    is true and correct.  Executed on May 20, 2016, at San Francisco, California.

19

20                                                  _____
                                                    Blanca A. Herrera

21

22

23

24

25

26

27

28

DM2\6810278.1 U2994/00017                      1
CERTIFICATE OF SERVICE                                          CASE NO.: 3:16-CV-00438-JSC