UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____
www.cand.uscourts.gov

Susan Y. Soong  General Court Number
Clerk of Court  415-522-2000

May 25, 2016

RE:16-cv-00438-JSC  Serio v. Fun Fair Inc.

Default is **entered** as to defendant Fun Fair Inc. on May 25, 2016.

Susan Y. Soong, Clerk

_____
by:  Sheila Rash
Case Systems Administrator