UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Scott Serio

                                                    CASE NO. 3:16-cv-00438-JSC

                Plaintiff(s),

                   v.                                    NOTICE OF NEED FOR ADR PHONE
Fan Fair Inc. dba Marin County Sports                CONFERENCE

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☑      have not yet reached an agreement to an ADR process
☐      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 9, 2016

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Brandon Leahy | Plaintiff Scott Serio | (415) 957-3084 | bleahy@duanemorris.com |

The parties have NOT met and conferred and there is no plan to participate in an ADR conference of any kind as yet, because defendant has not appeared. An application for entry of default has been filed.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5/25/2016

                                                              Attorney for Plaintiff

Dated: _____

                                                              Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."