1 | Brandon P. Leahy (SBN 298064)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: bleahy@duanemorris.com

Attorneys for Plaintiff
SCOTT SERIO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SCOTT SERIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAN FAIR INC. d/b/a MARIN COUNTY SPORTS,<br><br>　　　　Defendant. | Case No.: 3:16-cv-00438-JSC<br><br>**PLAINTIFF'S REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>CMC:　　　　June 9, 2016<br>Time:　　　　1:30 p.m.<br>Courtroom:　F, 15th Floor<br><br>Magistrate Judge:　Jacqueline S. Corley<br>Complaint Filed:　　January 25, 2016 |

**TO THE CLERK OF THE COURT**:

Plaintiff Scott Serio ("Plaintiff") hereby requests that the Clerk Vacate the upcoming Case Management Conference currently set for June 9, 2016.

Default was entered against Defendant Fan Fair Inc. d/b/a Marin County Sports ("Defendant") on May 25, 2016.  See Docket No. 20.  Plaintiff intends to file a motion for default judgment against Defendant in short time, but likely not before the scheduled Case Management Conference.

Dated: June 6, 2016                                            **DUANE MORRIS LLP**

                                                                              By: */s / Brandon P. Leahy*
                                                                                      Brandon Leahy (SBN 298064)

                                                                                      Attorneys for Plaintiff
                                                                                      SCOTT SERIO