1  Brandon P. Leahy (SBN 298064)
   **DUANE MORRIS LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone: +1 415 957 3000
4  Fax: +1 415 957 3001
   E-mail: bleahy@duanemorris.com
5

6  Attorneys for Plaintiff
   SCOTT SERIO
7

8                    **UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                         **(SAN FRANCISCO DIVISION)**

11

| SCOTT SERIO, | Case No.: 3:16-cv-00438-JSC |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |
| v. | |
| FAN FAIR INC. d/b/a MARIN COUNTY SPORTS, | |
| Defendant. | CMC:        June 9, 2016<br>Time:        1:30 p.m.<br>Courtroom:  F, 15th Floor |
|  | Magistrate Judge:   Jacqueline S. Corley<br>Complaint Filed:    January 25, 2016 |

**TO THE CLERK OF THE COURT**:

Plaintiff Scott Serio ("Plaintiff") hereby requests that the Clerk Vacate the upcoming Case Management Conference currently set for June 9, 2016.

Default was entered against Defendant Fan Fair Inc. d/b/a Marin County Sports ("Defendant") on May 25, 2016.  <u>See Docket No. 20.</u>  Plaintiff intends to file a motion for default judgment against Defendant in short time, but likely not before the scheduled Case Management Conference.

Dated: June 6, 2016                             **DUANE MORRIS LLP**

By: <u>/ s / Brandon P. Leahy</u>
Brandon Leahy (SBN 298064)

Attorneys for Plaintiff
SCOTT SERIO

The case management conference is continued to August 4, 2016 at 1:30 p.m. and a case management conference shall be filed seven days prior.

Dated: June 7, 2016



GRANTED
Judge Jacqueline Scott Corley