| | |
|---|---|
| 1 | Brandon P. Leahy (SBN 298064) |
| 2 | **DUANE MORRIS LLP**<br>Spear Tower |
| 3 | One Market Plaza, Suite 2200<br>San Francisco, CA  94105-1127 |
| 4 | Telephone: +1 415 957 3000<br>Fax: +1 415 957 3001 |
| 5 | E-mail: bleahy@duanemorris.com |
| 6 | Attorneys for Plaintiff<br>SCOTT SERIO |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SCOTT SERIO,<br><br>                Plaintiff,<br><br>        v.<br><br>FAN FAIR INC. d/b/a MARIN COUNTY SPORTS,<br><br>                Defendant. | Case No.: 3:16-cv-00438-JSC<br><br>**PLAINTIFF SCOTT SERIO'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAN FAIR INC. D/B/A MARIN COUNTY SPORTS**<br><br>Date:            September 1, 2016<br>Time:           9:00 a.m.<br>Courtroom: F, 15th Floor<br><br>Magistrate Judge:   Jacqueline S. Corley<br>Complaint Filed:     January 25, 2016 |

---

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT                                CASE NO.: 3:16-CV-00438-JSC

**TO THE CLERK OF THE COURT**:

PLEASE TAKE NOTICE that Plaintiff Scott Serio ("Plaintiff"), by and through his attorneys, hereby moves for entry of default judgment and respectfully requests a hearing for determination of damages to be assessed against Defendant Fan Fair Inc. d/b/a Marin County Sports ("Defendant"). This motion is scheduled to be heard on September 1, 2016 at 9:00 a.m. before the Honorable Jacqueline S. Corley in the San Francisco Courthouse, Courtroom F, 15th Floor. Plaintiff makes this motion following the Court's entry of default against Defendant on May 25, 2016. (*See* Dkt. No. 20).

Plaintiff seeks entry of default judgment for Plaintiff's claim of direct copyright infringement against Defendant, an award of damages pursuant to 17 U.S.C. § 504, an award of Plaintiff's costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505, and an injunction pursuant to 17 U.S.C. § 502 permanently enjoining Defendant from further infringement.

Dated: July 28, 2016

**DUANE MORRIS LLP**

By: */s / Brandon P. Leahy*
Brandon Leahy (SBN 298064)

Attorneys for Plaintiff
SCOTT SERIO