1    Brandon P. Leahy (SBN 298064)
     **DUANE MORRIS LLP**
2    Spear Tower
     One Market Plaza, Suite 2200
3    San Francisco, CA  94105-1127
     Telephone: +1 415 957 3000
4    Fax: +1 415 957 3001
     E-mail: bleahy@duanemorris.com
5

6    Attorneys for Plaintiff
     SCOTT SERIO
7

8                    **UNITED STATES DISTRICT COURT**

9             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                      **(SAN FRANCISCO DIVISION)**

11

12   SCOTT SERIO,                              Case No.: 3:16-cv-00438-JSC

13                    Plaintiff,

14         v.                                  **DECLARATION OF STEVEN M.
                                               COWLEY IN SUPPORT OF
                                               PLAINTIFF SCOTT SERIO'S**
15   FAN FAIR INC. d/b/a MARIN COUNTY SPORTS,  **MOTION FOR DEFAULT JUDGMENT
                                               AGAINST DEFENDANT FAN FAIR**
16                    Defendant.               **INC. D/B/A MARIN COUNTY SPORTS**

17

18                                             Date:        September 1, 2016
                                               Time:        9:00 a.m.
19                                             Courtroom: F, 15th Floor

20                                             Magistrate Judge:   Jacqueline S. Corley
                                               Complaint Filed:    January 25, 2016
21

22

23

24

25

26

27

28

DM2\7018107.1 U2994/00017
DECL. OF STEVEN M. COWLEY I/S/O PLAINTIFF SCOTT SERIO'S MOTION      CASE NO.: 3:16-CV-00438-JSC
FOR DEFAULT JUDGMENT AGAINST DEFENDANT FAN FAIR INC.

I, Steven M. Cowley, declare:

1.      I am an attorney duly admitted to practice and in good standing in the Commonwealth of Massachusetts.  I am a partner with the law firm Duane Morris LLP ("Duane Morris"), and have supervised the representation of Plaintiff Scott Serio ("Plaintiff"), a Duane Morris client.  I am responsible for reviewing and approving the charges on the case. I provide this declaration in support of Plaintiff's Motion For Default Judgment Against Defendant Fan Fair Inc. d/b/a Marin County Sports ("Motion").  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.      Defendant Fan Fair Inc. d/b/a Marin County Sports ("Defendant") is a corporation organized under the laws of Arizona, and therefore not in U.S. military service.  *See* 50 U.S.C. App. § 521, *et seq.*

3.      I graduated from Harvard Law School in 1989. I have been a practicing attorney for over 26 years. My practice focuses primarily in intellectual property and complex commercial litigation, including copyright litigation.  My standard billing rate for 2016 is $750 per hour, although I charge a discounted rate of $675.  I have not billed any time on this contingency fee case, and instead have delegated the handling of this matter to appropriate local counsel, as described in paragraphs 8-10 below.

4.      As the supervising and billing attorney, I chose appropriate Duane Morris personnel to be staffed on this case.  I supervised their work, without billing separately for my time.  I also have also been responsible for reviewing the fees incurred in our representation of Plaintiff and I am fully familiar with the services that Duane Morris has performed in this matter.  I have worked to ensure the time spent was reasonable for the work performed.

5.      The exhibits below, representing the costs and fees incurred by Duane Morris in this representation, reference "ImageRights International, Inc." and "Eclipse."  ImageRights International, Inc. ("ImageRights") is copyright protection service that works with the Plaintiff under a services agreement to assist in the identification of unauthorized displays or other uses of digital images owned by the Plaintiff.  For a description of the copyright protection services performed by ImageRights for its customers, see www.imagerights.com.  ImageRights referred Plaintiff to Duane

Morris to obtain legal assistance in pursuing his copyright infringement claim that is the subject of this lawsuit.  "Eclipse" refers to Eclipse Sportswire, a trade name used by Plaintiff in his photography business.

6.      Attached as **Exhibit A** is a true and correct copy of a "Cost Recap Summary" detailing the costs associated with Duane Morris's representation of Plaintiff in this matter, totaling $1,557.31, mostly comprised of filing ($400) and messenger service ( $437.21) fees.  A document showing all messenger service invoices to Duane Morris in this matter is attached as **Exhibit B**. Attached as **Exhibit C** is a document showing all "professional service" fees incurred by Duane Morris, totaling $95.50, which were required to effect personal service on Defendant (and which is included in the $1,557.31 figure above) through the Arizona Corporation Commission.

7.      Attached as **Exhibit D** is a true and correct copy of the attorneys' fees incurred by Duane Morris during this representation.  These invoices show $11,948.00 in attorney time spent by Duane Morris in this matter through July 25, 2016, which reflects the discounted (i.e., reduced from our standard rates) billing rate for all Duane Morris personnel applied to this matter.

8.      I have read and reviewed these time entries, and based upon my careful review of each entry at the time of billing, input from other team members, and the review of the invoices in Exhibit D for purposes of this motion, the time entries are fair, equitable and reasonable. It is my further opinion that the dollar amount attributed to each entry is fair and reasonable. I believe that these time entries fairly and accurately represent the work that was done and the time that was required to carry out that work, and the expenses which were actually incurred and necessary to carry out this litigation.  I am aware that our time entries understate the total time and value of work performed on this matter, as I made the decision not to separately record my time for supervising the work of the associates and paralegals who have handled this matter.

9.      As the supervising attorney, it was my responsibility to properly staff this case with the appropriate personnel.  To that end, I chose Brandon Leahy as lead associate and local counsel on this case because he practices in the area of intellectual property law and litigation, and is conveniently located in Duane Morris's San Francisco office.  Mr. Leahy graduated from the University of San Francisco School of Law in 2012, is a member of the California bar, and is

admitted to practice in this Court.  Mr. Leahy's current hourly billing rate at Duane Morris for 2016 is $400 per hour, but Mr. Leahy's time is recorded at the preferred rate of $360 per hour for this matter. It is my opinion, based on my experience and knowledge of hourly rates of other attorneys in the industry, that an hourly rate of $360 is reasonable, and is at or below the customary hourly rates of attorneys with similar experience practicing in federal court.

10.     In addition to the fees shown in Exhibit D, which shows unbilled fees from inception of the representation through July 25, 2016, I anticipate that Mr. Leahy will spend four (4) hours preparing for and attending the hearing for this motion on September 1, 2016, which is the equivalent of $1,440 of his professional time.

11.     Also, as is customary in most litigation, Duane Morris staffed an experienced paralegal to assist in this litigation.  David Rollins, a paralegal in our firm's Atlanta office, has a standard billing rate of $315 but his time has been recorded on this matter at the firm's "preferred" rate of $285.  He worked a total of two (2) hours on this case, to the cost of $570.

12.     I also obtained the assistance of research specialist Cate Nash, of the Philadelphia office, who has a standard billing rate $325 and a preferred rate of $275, which was applied here. She contributed .4 hours of billable time, to the cost of $114.

13.     Calculating the costs incurred in this representation of $1,557.31, as shown in Exhibits A, B and C, plus fees incurred in the amount of $11,948, as shown in Exhibit D, Duane Morris has incurred a total of $13,505.31.  Duane Morris also is likely to incur further fees and costs, such as to attend the hearing on this motion, which it will report to the Court within 14 days of the Court's order.

14.     In my opinion, based upon my careful review of each timekeeper's time entry at the time of billing, input from other team members, and the review of Exhibits A-D for purposes of this motion, the contemporaneous time entries are fair, equitable and reasonable.  It is my further opinion that the dollar amount attributed to each entry is fair and reasonable.  It is also my opinion, based upon my careful review of each entry in Exhibits A-C of my declaration, and input from other team members, that the dollar amount attributed to each expense entry is fair and reasonable, and that all expenses were reasonable and necessarily incurred in connection with this case.

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.  Executed this  24  th day of  July, 2016, at Boston, Massachusetts.

3

4                                    Steven M. Cowley

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Cost Recap Summary by CostCode [U2994-00017 - ECLIPSE V. MARIN COUNTY]                                      Page 1
Client:U2994 - IMAGERIGHTS INTERNATIONAL, INC. (CONTINGENT FEE MATTERS)   7/22/2016 10:54:21 AM

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 0016 | 323.70 | 323.70 | LEXIS LEGAL RESEARCH |
| 0019 | 95.50 | 95.50 | PROFESSIONAL SERVICES |
| 0029 | 104.48 | 104.48 | OVERNIGHT MAIL |
| 0036 | 47.20 | 47.20 | WESTLAW LEGAL RESEARCH |
| 0057 | 30.87 | 30.87 | COLOR PRINTING & DUPLICATING - INTERNAL |
| 0059 | 6.45 | 6.45 | PRINTING - INTERNAL |
| 0082 | 400.00 | 400.00 | FILING FEES |
| 0086 | 437.21 | 437.21 | MESSENGER SERVICE |
| 0114 | 10.96 | 10.96 | DOCUMENT RETRIEVAL |
| 1159 | 100.94 | 100.94 | COLOR PRINTING - INTERNAL |
| | | | |
| TOTAL | 1557.31 | 1557.31 | |

# EXHIBIT B



*** REPRINT ***

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 1163543 | 20262 | 1/27/16 | 404.44 |

IF ORDERING (415)487-4100   BILLING DEPT 415-487-4277

WESTERN MESSENGER SERVICE, INC
75 Columbia Square
San Francisco, CA 94103-4015

DUANE MORRIS LLP
ATTN:  ACCOUNTS PAYABLE
1 MARKET ST SPEAR TOWER #2200
SAN FRANCISCO CA 94105-1104

# INVOICE

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| 20262 | 1163543 |
| INVOICE DATE | PAGE |
| 1/27/16 | 1 |

FOR CUSTOMER SERVICES:
415-487-4100
FOR BILLING QUESTIONS:
Accounting 415-487-4277
Federal Tax I.D. #94-2898676
E-Mail ar@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY TIME CALLED | SV-TY DEL | DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 1/26/16 | 3153531 | BLANCA 08:19 | B3R 1497 | From:DUANE MORRIS LLP         1 MARKET STREET            SAN FRANCISCO<br>To:USDC                 450 GOLDEN GATE AVENUE     SAN FRANCISCO<br>                                   U2994-17 | 14.06 |
| | | | | Total Charges for Ref. - U2994-17:      14.06 | |

RECEIVED

JUN 13 2016

By_____

**REQUEST FOR CHECK
CHARGED TO CASES**

MAR 0 4 A.M.

$ $144.60 _____ *        Date 03/02/2016 _____

007619

Payee   Western Messenger _____

Client/Matter Name: Various--See attached _____

FILE No.:   ___ ___ ___ ___   -   ___ ___ ___ ___ ___ ___
            (Client)              (Matter)

CODE (See Reverse Side)    * Narrative Description to Appear on Bill
**      8  6                  See attached
        ___ ___                _____
        ___ ___                _____
        ___ ___                _____
        ___ ___                _____

Practice Group  Various _____

Timekeeper No. ___ ___ ___ ___

Payment will be made within three (3) business days the approved check request
is received by the Accounts Payable Department.

                        Matthew Ogden
                        _____
                        Name (please print)

                        Matt O
                        _____
                        Signature (requested by)

*Requests below $750
 require Attorney Approval       See attached
                                 _____
                                 Attorney Approval

*Requests $750 and above
 require Approval by
 Practice Group Head             _____
                                 Practice Group Head Approval

                                                        101 7040

RETURN CHECK TO:  PAYEE _____   09036

**FOR ACCOUNTING USE ONLY**

CHECK #_____        DATE PAID_____

                                        5/13/2015 3:26 PM

**DUANE MORRIS LLP**
**CLIENT DISBURSEMENT INPUT FORM**

| Client Number | Matter Number | Actual Date | Disb. Code | Amount | Tmkpr # | | Narrative/Descriptions |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| U2894 | 00017 | 01/26/2016 | 86 | $16.75 | Herrera 07542 | | DM/USDC, Judge Corley |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1095463  1  6/16/2003 9:06 AM


**WESTERN**
**ATTORNEY SERVICES**

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 70247 | 737 | 3/16/16 | 230.90 |

BILLING QUESTIONS PLEASE    CALL (415) 487-4140

WESTERN ATTORNEY SERVICE, INC
75 Columbia Square
San Francisco, CA 94103-4015

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| 737 | 70247 |
| INVOICE DATE | PAGE |
| 3/16/16 | 1 |

DUANE MORRIS LLP
ACCOUNTS PAYABLE
1 MARKET PLZ SPEAR TWR #2200
SAN FRANCISCO CA 94105-1104

# INVOICE

FOR CUSTOMER SERVICES:
415-487-4100
FOR BILLING QUESTIONS:
Accounting 415-487-4277
Federal Tax I.D. 894-2569678
E-Mail sr@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY / TIME CALLED | BV-TY DEL | DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 3/10/16 | 296512 | BLANCA HERRE 11:36 | HBK 1901 | From:WESTERN MESSENGER MAIN    75 COLUMBIA SQUARE    SAN FRANCISCO<br>To:USDC- SAN FRANCISCO    450 GOLDEN GATE AVENUE    SAN FRANCISCO<br>Ref:U2994-17<br>DELIVERY | 31.90 |


**WESTERN**
**ATTORNEY SERVICES**

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 70191 | 737 | 3/09/16 | 222.93 |

BILLING QUESTIONS PLEASE     CALL (415) 487-4140

WESTERN ATTORNEY SERVICE, INC
76 Columbia Square
San Francisco, CA 94103-4015

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| 737 | 70191 |
| INVOICE DATE | PAGE |
| 3/09/16 | 1 |

DUANE MORRIS LLP
ACCOUNTS PAYABLE
1 MARKET PLZ SPEAR TWR #2200
SAN FRANCISCO CA 94105-1104

# INVOICE

FOR CUSTOMER SERVICES:
415-487-4100
FOR BILLING QUESTIONS:
Accounting 415-487-4277
Federal Tax I.D, 894-2598676
E-Mail ar@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY TIME CALLED | SV-TY DRI | DESCRIPTION | | CHARGES |
|---|---|---|---|---|---|---|
| 1/26/16 | 295767 | BLANCA HERRE 11:11 | OSA 999 | From:DUANE MORRIS LLP          1 MARKET STREET         SAN FRANCISCO<br>To:FAN FAIR INC DBA MARIN COUNTY  3838 EAST PATRICK LANE  PHOENIX<br>Ref :U2994-17<br>SERVICE OF PROCESS | | 106.00 |



**WESTERN**
**ATTORNEY SERVICES**

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 70434 | 737 | 4/13/16 | 1,078.45 |

BILLING QUESTIONS PLEASE    CALL (415) 487-4140

WESTERN ATTORNEY SERVICE, INC
75 Columbia Square
San Francisco, CA 94103-4015

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| 737 | 70434 |
| INVOICE DATE | PAGE |
| 4/13/16 | 1 |

DUANE MORRIS LLP
ACCOUNTS PAYABLE
1 MARKET PLZ SPEAR TWR #2200
SAN FRANCISCO CA 94105-1104

# INVOICE

FOR CUSTOMER SERVICES:
415-487-4100
FOR BILLING QUESTIONS:
Accounting 415-487-4277
Federal Tax I.D, 894-2598676
E-Mail ar@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY TIME CALLED | SV-TY DRI | DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 3/02/16 | 296365 | BLANCA HERRE 15:02 | OSA 999 | From:DUANE MORRIS LLP          1 MARKET STREET              SAN FRANCISCO<br>To:PAN FAIR INC C/P JEFFREY C KRA 25 PHAETONS DRIVE            MELVILLE<br>Ref:U2994-17<br>SERVICE OF PROCESS | 234.00 |

NO RECORD OF PAYMENT IN ACCOUNTING

ORIGINAL ORDER RECEIVED IN ACCOUNTING

VERIFIED BY

APPROVED FOR PAYMENT



**WESTERN**
**ATTORNEY SERVICES**

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 70760 | 737 | 5/25/16 | 1,373.79 |

BILLING QUESTIONS PLEASE     CALL (415) 487-4140

**RECEIVED**
**JUN 1 3 2016**
By

WESTERN ATTORNEY SERVICE, INC
75 Columbia Square
San Francisco, CA 94103-4015

DUANE MORRIS LLP
ACCOUNTS PAYABLE
1 MARKET PLZ SPEAR TWR #2200
SAN FRANCISCO CA 94105-1104

# INVOICE

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| 737 | 70760 |
| INVOICE DATE | PAGE |
| 5/25/16 | 1 |

FOR CUSTOMER SERVICES:
415-487-4100
FOR BILLING QUESTIONS:
Accounting 415-487-4227
Federal Tax I.D. #94-3589576
E-Mail wr@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY TIME CALLED | SV-TY DRV | DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 5/23/16 | 297920 | BLANCA 11:02 | HBK 1942 | From:WESTERN ATTORNEY SERVICES    75 COLUMBIA SQUARE    SAN FRANCISCO<br>To:USDC- SAN FRANCISCO    450 GOLDEN GATE AVENUE    SAN FRANCISCO<br>Ref:U2994-17<br>DELIVERY    Pages: 13 | 34.50 |

# **EXHIBIT C**

1022365

**REQUEST FOR CHECK
CHARGED TO CASES**

201910

$ $25.00 _____ *          Date 03/28/2016 _____

Payee  Arizona Corporation Commission _____

Client/Matter Name: SERIO vs. FAN FAIR, INC. _____

FILE No.:    U  2  9  9  4  -  0  0  0  1  7
                  (Client)              (Matter)

CODE (See Reverse Side)    * Narrative Description to Appear on Bill _____
**   0019 ___              Fee for Arizona Corporation Commission _____
     ___  ___              to serve Fan Fair Inc by mail _____
     ___  ___              _____
     ___  ___              _____
     ___  ___              _____

Practice Group  TRIAL _____

Timekeeper No.  0  7  5  4  2

Payment will be made within three (3) business days the approved check request
is received by the Accounts Payable Department.

                              Brandon Leahy
                              _____
                              Name (please print)

                              _____
                              Signature (requested by)

*Requests below $750
 require Attorney Approval

*Requests $750 and above          _____
 require Approval by               Attorney Approval
 Practice Group Head
                                   _____
                                   Practice Group Head Approval

RETURN CHECK TO: _____

**FOR ACCOUNTING USE ONLY**

CHECK # _____          DATE PAID _____

DMADMIN\3357.1                               5/13/2015 3:26 PM

4

*10 26/22*

## REQUEST FOR CHECK
## CHARGED TO CASES

$ _$5.50_____ *        Date _03/28/2016_____        *201710*

Payee __Arizona Corporation Commission_____

Client/Matter Name: _SERIO vs. FAN FAIR, INC._____

FILE No.:    _U_ _2_ _9_ _9_ _4_ - _0_ _0_ _0_ _1_ _7_
                    (Client)              (Matter)

CODE (See Reverse Side)    * <u>Narrative Description to Appear on Bill</u>
**   _0019_ ___         __Fee for Arizona Corporation Commission__
      ___ ___            __to prepare Certified Certificate of Mailing__
      ___ ___            __on service of Summons & Complaint on__
      ___ ___            __Fan Fair Inc.__
      ___ ___            _____
      ___ ___            _____

Practice Group _TRIAL_____

Timekeeper No. _0_ _7_ _5_ _4_ _2_

Payment will be made within three (3) business days the approved check request
is received by the Accounts Payable Department.

                           Brandon Leahy
                           _____
                           Name (please print)

                           _____
                           Signature (requested by)

*Requests below $750
  require Attorney Approval       _____
                                  Attorney Approval
*Requests $750 and above
  require Approval by
  Practice Group Head             _____
                                  Practice Group Head Approval

RETURN CHECK TO: _____

### FOR ACCOUNTING USE ONLY

CHECK # _1579_____        DATE PAID_____

DMADMIN\3357.1                              5/13/2015 3:26 PM

*1026155*

2017710

## REQUEST FOR CHECK
## CHARGED TO CASES

$ $25.00 _____ *      Date 04/05/2016 _____

Payee ACC, 1300 West Washington St., 1st Flr, Phoenix AZ 85007 \_\_\_\_\_

Client/Matter Name: SERIO v. FAN FAIR, INC. _____

FILE No.:    0 2 9 9 4 · 0 0 0 1 7

          (Client)            (Matter)

CODE (See Reverse Side)    * Narrative Description to Appear on Bill
**    0019 \_\_\_     Fee for ACC reserving by Mail Fan Fair Inc.
\_\_\_ \_\_\_     with Summons, Complaint and other
\_\_\_ \_\_\_     supporting documents
\_\_\_ \_\_\_     _____
\_\_\_ \_\_\_     _____
\_\_\_ \_\_\_     _____

Practice Group   TRIAL _____

Timekeeper No.   0   7   5   4   2

Payment will be made within three (3) business days the approved check request is received by the Accounts Payable Department.

Brandon Leahy
_____
Name (please print)

_____
Signature (requested by)

*Requests below $750
   require Attorney Approval

                         _____
                         Attorney Approval

*Requests $750 and above
   require Approval by
   Practice Group Head         _____
                         Practice Group Head Approval

RETURN CHECK TO: _____

### FOR ACCOUNTING USE ONLY

CHECK #   1592 _____        DATE PAID _____

DMADMIN3357.1                                  5/13/2015 3:26 PM

*1026158*

## REQUEST FOR CHECK
## CHARGED TO CASES

$ $40.00 _____ *        Date 04/05/2016

Payee___ACC, 1300 West Washington St., 1st Flr, Phoenix AZ 85007_____

Client/Matter Name: SERIO v. FAN FAIR, INC.

FILE No.:     U    2    9    4   -   0    0    0    1    7
                 (Client)                (Matter)

CODE (See Reverse Side)    * Narrative Description to Appear on Bill
**    0019 ___              ___ACC Fee to obtain an expedited Certified
          ___  ___              Certificate of Mailing on Fan Fair, Inc.
          ___  ___          _____
          ___  ___          _____
          ___  ___          _____
                            _____

Practice Group  TRIAL _____

Timekeeper No.    0    7    5    4    2

Payment will be made within three (3) business days the approved check request
is received by the Accounts Payable Department.

                                    Brandon Leahy
                                    _____
                                    Name (please print)

                                    _____
                                    Signature (requested by)

*Requests below $750
  require Attorney Approval

*Requests $750 and above       _____
  require Approval by          Attorney Approval
  Practice Group Head
                               _____
                               Practice Group Head Approval

RETURN CHECK TO: _____

## FOR ACCOUNTING USE ONLY

CHECK # ____1593_____        DATE PAID_____

DMADMIN\3357.1

                                    5/13/2015 3:26 PM

# EXHIBIT D

**DUANE MORRIS LLP**
**U2994-00017 - IMAGERIGHTS INTERNATIONAL, INC. (CONTINGENT FEE MATTERS) / ECLIPSE V. MARIN COUNTY**
**UNBILLED FEES - INCEPTION TO DATE**
**Run on 7/25/16**

| Date | Name | Details | Hours | Value |
|---|---|---|---|---|
| 1/24/2016 | BRANDON LEAHY | REVIEW EMAILS FROM S COWLEY AND C HAINES REGARDING COPYRIGHT LAWSUIT TO BE FILED IN NORTHERN DISTRICT | 0.2 | $72.00 |
| 1/25/2016 | BRANDON LEAHY | REVIEW AND ASSIST B HERRERA IN FILING COMPLAINT | 1.1 | $396.00 |
| 1/25/2016 | BRANDON LEAHY | REVIEW AND RESPOND TO EMAIL FROM S COWLEY REGARDING SERVING DEFENDANT | 0.1 | $36.00 |
| 1/25/2016 | BRANDON LEAHY | REVIEW COMPLAINT AND EXHIBITS AND PREPARE FOR FILING | 0.7 | $252.00 |
| 1/25/2016 | BRANDON LEAHY | CONFER AND EXCHANGE EMAILS WITH B HERRERA REGARDING SERVING DEFENDANT WITH COMPLAINT AND SUMMONS AND COORDINATING CALENDARING WITH ATTORNEYS FROM OTHER OFFICES | 0.3 | $108.00 |
| 1/26/2016 | BRANDON LEAHY | RESEARCH LOCAL RULES REGARDING COPYRIGHT OFFICE NOTICE FORM FOR INITIATION OF LAWSUIT AND RESPOND TO S COWLEY EMAIL ON SAME SUBJECT | 0.4 | $144.00 |
| 1/27/2016 | BRANDON LEAHY | REVIEW EMAIL FROM S COWLEY REGARDING NEED TO AMEND COMPLAINT AND COMMUNICATE WITH B HERRERA REGARDING SAME | 0.3 | $108.00 |
| 2/16/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING INABILITY TO SERVE DEFENDANTS AND FORWARD EMAIL REGARDING SAME TO S COWLEY | 0.1 | $36.00 |
| 2/16/2016 | BRANDON LEAHY | REVIEW EMAIL FROM D ROLLINS AND S COWLEY CONCERNING SERVICE OF DEFENDANT | 0.1 | $36.00 |
| 2/16/2016 | DAVID J. ROLLINS | RESEARCHING INFORMATION ON MARIN COUNTY SPORTS, SUMMARIZING MY FINDINGS FOR STEVEN COWLEY. | 0.5 | $142.50 |
| 2/17/2016 | CATE NASH | RESEARCH CONCERNING FINDER ON PAUL KRANZ FOR DROLLINS | 0.4 | $110.00 |
| 2/18/2016 | BRANDON LEAHY | EXCHANGE EMAILS AND CONFER WITH B HERRERA REGARDING HOW TO EFFECT PROPER SERVICE | 0.4 | $144.00 |
| 2/18/2016 | BRANDON LEAHY | EXCHANGE EMAILS WITH S COWLEY REGARDING SERVICE OF PROCESS | 0.1 | $36.00 |
| 2/18/2016 | BRANDON LEAHY | REVIEW SEARCH REPORT FOR PURPOSE OF SERVING DEFENDANT | 0.1 | $36.00 |
| 2/18/2016 | DAVID J. ROLLINS | RESEARCHING A MORE CURRENT ADDRESS FOR JEFF KRANZ, REVIEWING SKIP-TRACING REPORT PREPARED BY LIBRARY, PREPARING A SUMMARY OF THE INFORMATION FROM THAT REPORT FOR STEVEN COWLEY'S REVIEW | 0.9 | $256.50 |
| 2/19/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING PROCESS OF SERVICE | 0.1 | $36.00 |
| 2/22/2016 | BRANDON LEAHY | EXCHANGE EMAILS WITH S COWLEY REGARDING USE OF A MAGISTRATE AND SERVICE OF PROCESS AND CONFER ON SAME WITH B HERRA | 0.1 | $36.00 |
| 3/2/2016 | BRANDON LEAHY | RECEIVE EMAIL FROM C HAINES REGARDING MAGISTRATE AND CONSIDER OPTION OF USING A MAGISTRATE | 0.2 | $72.00 |
| 3/3/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING SERVICE ATTEMPTS AND COST AND COMMUNICATE SAME BY EMAIL TO S COWLEY | 0.2 | $72.00 |
| 3/4/2016 | BRANDON LEAHY | CHECK WITH B HERRERA REGARDING SERVICE ATTEMPTS ON DEFENDANT | 0.1 | $36.00 |
| 3/7/2016 | BRANDON LEAHY | COMPLETE AND FILE CONSENT OR DECLINATION FORM | 0.1 | $36.00 |
| 3/7/2016 | BRANDON LEAHY | EXCHANGE EMAILS WITH COURT CLERK CONCERNING CONSENT OR DECLINATION OF MAGISTRATE AND INFORM S COWLEY AND C HAINES | 0.2 | $72.00 |
| 3/9/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING FILING OF NOTICE OF CONSENT TO MAGISTRATE JUDGE | 0.1 | $36.00 |
| 3/14/2016 | BRANDON LEAHY | PHONE CALL WITH S COWLEY REGARDING ALTERNATIVE SERVICE OF DEFENDANT BY EMAIL AND REQUEST FOR EXPEDITED DISCOVERY | 0.1 | $36.00 |
| 3/14/2016 | BRANDON LEAHY | REVIEW EMAIL FROM S COWLEY CONCERNING FILING FOR ALTERNATE FORM OF SERVICE OF DEFENDANT | 0.1 | $36.00 |
| 3/14/2016 | BRANDON LEAHY | REVIEW EMAIL FROM S COWLEY CONTAINING EXAMPLE OF MOTION FOR ALTERNATIVE SERVICE IN FEDERAL COURT | 0.3 | $108.00 |

# DUANE MORRIS LLP

## U2994-00017 - IMAGERIGHTS INTERNATIONAL, INC. (CONTINGENT FEE MATTERS) / ECLIPSE V. MARIN COUNTY

### UNBILLED FEES - INCEPTION TO DATE

Run on 7/25/16

| Date | Name | Details | Hours | Value |
|---|---|---|---|---|
| 3/14/2016 | BRANDON LEAHY | SEEK EXAMPLE OF MOTION FOR LEAVE TO MAKE ALTERNATIVE SERVICE AND THIRD-PARTY SUBPOENA OF EBAY | 0.1 | $36.00 |
| 3/21/2016 | BRANDON LEAHY | PREPARE MOTION FOR LEAVE TO MAKE ALTERNATIVE SERVICE IN FEDERAL COURT BY WAY OF EMAIL TO CALIFORNIA ASSOCIATES | 1.6 | $576.00 |
| 3/23/2016 | BRANDON LEAHY | CALL WITH S COWLEY REGARDING SERVICE OF PROCESS ISSUE | 0.1 | $36.00 |
| 3/23/2016 | BRANDON LEAHY | LISTEN TO VOICE MESSAGE FROM S COWLEY REGARDING SERVICE OF PROCESS PROBLEMS AND REVIEW MY EMAIL TO HIM ON SAME TWO DAYS AGO | 0.2 | $72.00 |
| 3/23/2016 | BRANDON LEAHY | REVIEW AGENT'S SERVICE OF PROCESS AFFIDAVITS REGARDING ATTEMPTS MADE AND FIND OUT WHETHER WE CAN SERVE AZ SECRETARY OF STATE | 0.9 | $324.00 |
| 3/28/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING EFFECTUATING PROPER SERVICE VIA ARIZONA AGENCY AND INFORM S COWLEY OF STATUS REGARDING SAME VIA EMAIL | 0.3 | $108.00 |
| 3/28/2016 | BRANDON LEAHY | REVIEW SERVICE REQUIREMENTS FOR SERVICE OF PROCESS VIA THE ARIZONA CORPORATION COMMISSION AND EMAIL B HERRERA TO FOLLOW-UP | 0.2 | $72.00 |
| 3/31/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING HER CONVERSATION WITH COURT CLERK AS TO CONTINUANCE OF DEADLINES | 0.1 | $36.00 |
| 3/31/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING OBTAINING CERTIFICATE OF SERVICE AND FINDING OUT HOW TO DEAL WITH INITIAL CASE DEADLINES | 0.1 | $36.00 |
| 3/31/2016 | BRANDON LEAHY | REVIEW UPCOMING INITIAL DEADLINES | 0.1 | $36.00 |
| 3/31/2016 | BRANDON LEAHY | SEARCH LOCAL NORTHERN DISTRICT RULES FOR DEALING WITH INITIAL DISCLOSURES AND OTHER DEADLINES WHEN DEFENDANT CANNOT BE LOCATED | 0.1 | $36.00 |
| 4/4/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING PROOF OF SERVICE AND FILING OF REQUEST FOR CONTINUANCE OF INITIAL DATES AND CMC | 0.2 | $72.00 |
| 4/4/2016 | BRANDON LEAHY | EMAIL S COWLEY WITH UPDATE ON PROOF OF SERVICE AND REQUEST FOR CONTINUANCE | 0.2 | $72.00 |
| 4/5/2016 | BRANDON LEAHY | DRAFT REQUEST FOR CONTINUANCE OF INITIAL TRIAL DATES | 2.7 | $972.00 |
| 4/6/2016 | BRANDON LEAHY | REVIEW REQUEST FOR CONTINUANCE OF INITIAL CMC AND PREPARE FOR FILING | 0.2 | $72.00 |
| 4/14/2016 | BRANDON LEAHY | CONFER WITH B HERRERA REGARDING OBTAINING PROOF OF SERVICE FROM ARIZONA CORP COMMISSION | 0.1 | $36.00 |
| 4/18/2016 | BRANDON LEAHY | RECEIVE CERTIFICATE OF MAILING OF SERVICE OF COMPLAINT AND SUMMONS AND CONFER WITH B HERRERA ON FILING WITH THE COURT | 0.2 | $72.00 |
| 5/13/2016 | BRANDON LEAHY | CHECK STATUS OF CASE AND PLAN ON SEEKING DEFAULT JUDGMENT IF NOTHING NEXT WEEK | 0.1 | $36.00 |
| 5/17/2016 | BRANDON LEAHY | CONSIDER NEXT STEPS IN LIGHT OF DEFENDANT'S LACK OF ANSWER TO COMPLAINT AND CORRESPOND RE SAME WITH S COWLEY AND D ROLLINS THEN RESEARCH WHETHER WE NEED TO FILE A FORMAL REQUEST FOR ENTRY OF DEFAULT JUDGMENT | 0.9 | $324.00 |
| 5/17/2016 | BRANDON LEAHY | DISCUSS PROCEDURE FOR SEEKING DEFAULT JUDGMENT IN THE NORTHERN DISTRICT OF CALIFORNIA WITH L CASE AND CONDUCT INDEPENDENT RESEARCH | 0.3 | $108.00 |
| 5/18/2016 | BRANDON LEAHY | REVIEW EMAIL FROM D ROLLINGS REGARDING EBAY WEBSITE, CONDUCT MY OWN RESEARCH OF THE SITE, AND EMAIL S COWLEY ON SAME | 0.3 | $108.00 |
| 5/18/2016 | DAVID J. ROLLINS | RESEARCHING MARINCOUNTYSPORTS AND FAN FAIR, INC. TO SEE IF THEY WERE STILL OPERATING AND IF THEY HAD STARTED SELLING THE INFRINGING IMAGE AGAIN. ALSO RESEARCHING NEW POSSIBLE CONTACTS. PREPARING A SUMMARY OF MY FINDINGS FOR BRANDON LEAHY'S REVIEW | 0.6 | $171.00 |
| 5/19/2016 | BRANDON LEAHY | PHONE CALL WITH S COWLEY TO DISCUSS FILING ENTRY OF DEFAULT AND ADR FORMS | 0.1 | $36.00 |
| 5/19/2016 | BRANDON LEAHY | PREPARE FOR FILING REQUIRED ADR FORMS AND ENTRY OF DEFAULT AND COMMUNICATE RE SAME WITH S COWLEY | 0.8 | $288.00 |

## DUANE MORRIS LLP
## U2994-00017 - IMAGERIGHTS INTERNATIONAL, INC. (CONTINGENT FEE MATTERS) / ECLIPSE V. MARIN COUNTY
## UNBILLED FEES - INCEPTION TO DATE
## Run on 7/25/16

| Date | Name | Details | Hours | Value |
|---|---|---|---|---|
| 5/19/2016 | BRANDON LEAHY | WRITE MESSAGE VIA EBAY TO DEFENDANT INFORMING HIM OF COMPLAINT AND SEEKING RESPONSE | 0.4 | $144.00 |
| 5/20/2016 | BRANDON LEAHY | COORDINATE FILING OF CLERK'S DEFAULT AND ACCOMPANYING DECLARATION WITH B HERRERA | 0.3 | $108.00 |
| 5/20/2016 | BRANDON LEAHY | DRAFT CLERK'S DEFAULT REQUEST AND DECLARATION AND DOUBLE CHECK PROPER PROCEDURE | 1.1 | $396.00 |
| 5/25/2016 | BRANDON LEAHY | FILE ADR FORMS | 0.2 | $72.00 |
| 6/6/2016 | BRANDON LEAHY | PREPARE AND FILE WITH ASSISTANCE FROM B HERRERA REQUEST TO CANCEL CASE MANAGEMENT CONFERENCE IN LIGHT OF DEFENDANT'S DEFAULT | 0.3 | $108.00 |
| 6/6/2016 | BRANDON LEAHY | REVIEW EMAIL FROM COURT CLERK CONCERNING SCHEDULED CMC AND EXCHANGE EMAILS ON SAME WITH S COWLEY AND CLERK TO DETERMINE HOW TO CANCEL CMC IN LIGHT OF DEFENDANT'S DEFAULT AND COMMUNICATE RE SAME WITH B HERRERA | 0.4 | $144.00 |
| 6/7/2016 | BRANDON LEAHY | REVIEW EXEMPLAR OF DEFAULT JUDGMENT MOTION FROM CHRIS YEH | 0.3 | $108.00 |
| 6/7/2016 | BRANDON LEAHY | REVIEW ORDER VACATING CMC AND SEEK EXEMPLARS FROM COLLEAGUES OF MOTION FOR DEFAULT JUDGMENT | 0.1 | $36.00 |
| 6/24/2016 | BRANDON LEAHY | CORRESPOND WITH S COWLEY REGARDING STATUS OF MOTION FOR DEFAULT JUDGMENT | 0.1 | $36.00 |
| 6/27/2016 | BRANDON LEAHY | FOLLOW UP WITH S COWLEY RE MOTION FOR DEFAULT JUDGMENT | 0.1 | $36.00 |
| 7/7/2016 | BRANDON LEAHY | CHECK STATUS AND CORRESPOND WITH S COWLEY | 0.1 | $36.00 |
| 7/11/2016 | BRANDON LEAHY | PREPARE MOTION FOR DEFAULT JUDGMENT | 0.6 | $216.00 |
| 7/12/2016 | BRANDON LEAHY | PREPARE MOTION FOR DEFAULT JUDGMENT | 0.6 | $216.00 |
| 7/14/2016 | BRANDON LEAHY | PREPARE MOTION FOR DEFAULT JUDGMENT | 0.5 | $180.00 |
| 7/15/2016 | BRANDON LEAHY | PREPARE MOTION FOR DEFAULT JUDGMENT | 0.8 | $288.00 |
| 7/18/2016 | BRANDON LEAHY | DISCUSS WITH B HERRERA SCHEDULING OF HEARING ON MOTION FOR DEFAULT JUDGMENT AND TAKING OF CMC OFF CALENDAR | 0.2 | $72.00 |
| 7/18/2016 | BRANDON LEAHY | DRAFT MOTION FOR DEFAULT JUDGMENT MPA | 0.8 | $288.00 |
| 7/20/2016 | BRANDON LEAHY | DRAFT MOTION FOR DEFAULT JUDGMENT MPA | 0.8 | $288.00 |
| 7/21/2016 | BRANDON LEAHY | COORDINATE WITH B HERRERA OBTAINING RECORDS AND CALCULATING OUR FEES AND COSTS IN THIS MATTER | 0.2 | $72.00 |
| 7/21/2016 | BRANDON LEAHY | DRAFT DECLARATION AND NOTICE OF MOTION FOR MOTION FOR DEFAULT JUDGMENT | 0.4 | $144.00 |
| 7/21/2016 | BRANDON LEAHY | DRAFT MOTION FOR DEFAULT JUDGMENT MPA | 2.6 | $936.00 |
| 7/21/2016 | BRANDON LEAHY | SEEK AND SECURE HEARING DATE FOR MOTION AND GET CMC TAKEN OFF CALENDAR | 0.3 | $108.00 |
| 7/22/2016 | BRANDON LEAHY | CONFER WITH S COWLEY AND STAFF REGARDING PREPARATION OF DECLARATIONS SUPPORTING MOTION FOR DEFAULT JUDGMENT | 0.3 | $108.00 |
| 7/22/2016 | BRANDON LEAHY | DRAFT DECLARATION FROM S COWLEY AND CLIENT TO BE FILED IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT | 4.2 | $1,512.00 |
| 7/25/2016 | BRANDON LEAHY | OBTAIN UPDATED TIME ENTRY REPORT FOR INCLUSION IN DECLARATION | 0.2 | $72.00 |
| TOTALS | | | 33.7 | $11,948.00 |