1  Brandon P. Leahy (SBN 298064)
   **DUANE MORRIS LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone: +1 415 957 3000
4  Fax: +1 415 957 3001
   E-mail: bleahy@duanemorris.com
5

6  Attorneys for Plaintiff
   SCOTT SERIO
7

8  # UNITED STATES DISTRICT COURT

9  # FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  # (SAN FRANCISCO DIVISION)

11

12  SCOTT SERIO,                               Case No.: 3:16-cv-00438-JSC

13              Plaintiff,
                                               **[PROPOSED] ORDER GRANTING
14       v.                                    PLAINTIFF SCOTT SERIO'S
                                               MOTION FOR DEFAULT JUDGMENT
15  FAN FAIR INC. d/b/a MARIN COUNTY SPORTS,   AGAINST DEFENDANT FAN FAIR
                                               INC. D/B/A MARIN COUNTY SPORTS**
16              Defendant.

17
                                               Date:       September 1, 2016
18                                             Time:       9:00 a.m.
                                               Courtroom:  F, 15th Floor
19
                                               Magistrate Judge:  Jacqueline S. Corley
20                                             Complaint Filed:   January 25, 2016

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Based on Plaintiff Scott Serio's ("Plaintiff) Motion For Default of Judgment Against Defendant Fan Fair Inc. ("Defendant"), and Good Cause appearing therefore, IT IS HEREBY ORDERED that:

1. Defendant is liable for willful copyright infringement
2. Defendant pay Plaintiff $150,000 in statutory damages as a result of its infringement;
3. Defendant pay $13,505.31 in attorneys' fees and costs to Plaintiff;
4. Defendant pay Plaintiff's additional fees, costs, and interest, to be determined upon Plaintiff's showing within 14 days of this order;
5. Defendant, and all directors, officers, shareholders and agents of Defendant, and all persons acting in concert with Defendant, are permanently enjoined from reproducing, displaying, distributing, selling, or using in any manner, whether directly or indirectly, the copyright protected image at issue in this litigation, as identified in Exhibits A and B to this Order (also attached as Exhibits A and B to Plaintiff's Amended Complaint) and protected by United States Copyright Registration Number VA 1-974-674.

Dated:_____              _____
                                   Hon. Jacqueline Scott Corley
                                   United States Magistrate Judge