# **EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-974-674**

**Effective Date of Registration:**
July 02, 2015

## Title

**Title of Work:**  Group Registration Photos, Scott Serio American Pharaoh 2015, Published May. 03, 2015 to Jun. 20, 2015; 194 photos.

**Content Title:**  100150525eswmedia_0369, 100150525eswmedia_0414, 100150525eswmedia_0488, 100150525eswmedia_0575, 100150525eswmedia_0828, 100150525eswmedia_0846, 100150525eswmedia_0856, 100150525eswmedia_0866, 100150525eswmedia_0900, 100150525eswmedia_0904, 100150525eswmedia_0194, 100150525eswmedia_0216, 100150525eswmedia_0234, 100150525eswmedia_0237, 100150525eswmedia_0238, 100150525eswmedia_0292, 100150525eswmedia_0355, 100150525eswmedia_0133_2, 100150429eswmedia_0447, 100150429eswmedia_0368, 100150429eswmedia_0355, a100140503eclipsesportswire_1994, 100150525eswmedia_0583, 100150525eswmedia_0589, 100150525eswmedia_0704, 100150525eswmedia_0742, 100150525eswmedia_0762, 100150525eswmedia_0780, 100150525eswmedia_0790 (published May 03, 2015); a100140514eclipsesportswire_0276 (published May 14, 2015); ard3_6516 (published May 17, 2015); a100150426eswmedia_0062, a100150426eswmedia_0062_1, a100150426eswmedia_0067, a100150426eswmedia_0068, a100150426eswmedia_0068_1, a100150426eswmedia_0123, a100150426eswmedia_0494_1, a100141026breederscup_1106, a100150404eswmedia_0784, a100141026breederscup_0552, a100150404eswmedia_0785, a100150404eswmedia_0936 (published May 25, 2015); a100150428eswmedia_0829, a100150426eswmedia_0498, a100150426eswmedia_0634, a100150426eswmedia_0637, a100150426eswmedia_0638, a100150426eswmedia_0640, a100150426eswmedia_0644, a100150426eswmedia_0649, a100150426eswmedia_0654, a100150428eswmedia_0831, a100150428eswmedia_0851_1, a100150428eswmedia_0880 (published May 26, 2015); a100150430eswmedia_0077, a100150428eswmedia_1545 (published May 29, 2015); a100150430eswmedia_0336, a100150430eswmedia_0482, a100150430eswmedia_0102, a100150430eswmedia_0326, a100150430eswmedia_1159 (published May 31, 2015); a100150430eswmedia_1256, a100150430eswmedia_1360, a100150430eswmedia_1168 (published June 01, 2015); a100150502eswmedia_4009, a100150502eswmedia_4012 (published June 03, 2015).

a100150502eswmedia_4013, a100150502eswmedia_4015, a100150502eswmedia_4001 (published June 03, 2015);

Page 1 of 3

a100150502eswmedia_4085, a100150502eswmedia_4062,
a100150502eswmedia_4065, a100150502eswmedia_4066,
a100150502eswmedia_4069, a100150502eswmedia_4075,
a100150502eswmedia_4023, a100150502eswmedia_4017,
a100150502eswmedia_4026 (published June 04, 2015);
a100150502eswmedia_4088, a100150502eswmedia_4087,
a100150502eswmedia_4094, a100150502eswmedia_4090,
a100150502eswmedia_4122, a100150502eswmedia_4124,
a100150502eswmedia_4095 (published June 05, 2015);
a100150516eswmedia_05055, a100150516eswmedia_05056,
a100150516eswmedia_05059, a100150516eswmedia_05053,
a100150502eswmedia_4137, a100150502eswmedia_4141,
a100150502eswmedia_4142, a100150502eswmedia_4144,
a100150502eswmedia_4157, a100150502eswmedia_4173,
a100150502eswmedia_4174, a100150502eswmedia_4175,
a100150502eswmedia_4197, a100150502eswmedia_4199,
a100150502eswmedia_4242, a100150502eswmedia_4242_1,
a100150502eswmedia_4242_2, a100150502eswmedia_4244,
a100150502eswmedia_4244_1, a100150502eswmedia_4249,
a100150502eswmedia_4249_1, a100150502eswmedia_4250,
a100150502eswmedia_4250_1, a100150502eswmedia_4387,
a100150502eswmedia_4520, a100150502eswmedia_4521,
a100150502eswmedia_4522, a100150503eswmedia_00007,
a100150503eswmedia_00024, a100150503eswmedia_00045,
a100150503eswmedia_00070, a100150503eswmedia_00089_1,
a100150503eswmedia_00107, a100150503eswmedia_00113,
a100150503eswmedia_00118, a100150503eswmedia_00128,
a100150503eswmedia_00145, a100150513eswmedia_00169,
a100150513eswmedia_00180, a100150513eswmedia_00325,
a100150513eswmedia_00359, a100150513eswmedia_00360,
a100150513eswmedia_01157, a100150513eswmedia_01184,
a100150514eswmedia_00359, a100150514eswmedia_00365,
a100150514eswmedia_00370, a100150514eswmedia_00433,
a100150514eswmedia_00473, a100150514eswmedia_00820,
a100150514eswmedia_00825 (published June 06, 2015).

a100150514eswmedia_00863, a100150514eswmedia_00905,
a100150514eswmedia_00974, a100150514eswmedia_00982,
a100150514eswmedia_01004, a100150514eswmedia_01477,
a100150514eswmedia_01483, a100150514eswmedia_01483_1,
a100150514eswmedia_01489, a100150515eswmedia_00222,
a100150515eswmedia_00232, a100150515eswmedia_00266,
a100150515eswmedia_00275, a100150515eswmedia_00278,
a100150515eswmedia_00289, a100150515eswmedia_00290,
a100150515eswmedia_00594, a100150515eswmedia_00597,
a100150515eswmedia_00682, a100150515eswmedia_00691,
a100150515eswmedia_00720, a100150515eswmedia_00721,
a100150515eswmedia_00748, a100150516eswmedia_03718,
a100150516eswmedia_03722, a100150516eswmedia_03723,
a100150516eswmedia_04212, a100150516eswmedia_04216,
a100150516eswmedia_04217, a100150516eswmedia_04219,
a100150516eswmedia_04225, a100150516eswmedia_04733,
a100150516eswmedia_04734, a100150516eswmedia_04735,
a100150516eswmedia_04981, a100150516eswmedia_04991,
a100150516eswmedia_05000, a100150516eswmedia_05005 (published June 06, 2015); a100150607eswmedia_0011, a100150607eswmedia_0072,
a100150607eswmedia_0076, a100150607eswmedia_0076_1,
a100150607eswmedia_0076_2, a100150607eswmedia_0087,



a100150607eswmedia_0091, a100150607eswmedia_0094,
a100150607eswmedia_0106, a100150607eswmedia_0125,
a100150607eswmedia_0141, a100150607eswmedia_0154,
a100150607eswmedia_0224, a100150607eswmedia_0284,
a100150607eswmedia_0018, a100150607eswmedia_0060 (published June 07, 2015); s100150605eswmedia_0310 (published June 13, 2015); g100150605eswmedia_0101_1 (published June 18, 2015); r100150605eswmedia_0296_1 (published June 20, 2015).

## Completion/Publication

    Year of Completion: 2014
    Date of 1st Publication: May 03, 2015
    Nation of 1st Publication: United States

## Author

-     Author: Scott Serio
    Author Created: photograph
    Work made for hire: No
    Citizen of: United States
    Domiciled in: United States

## Copyright Claimant

    Copyright Claimant: Scott Serio
    7 Spring Knoll Ct., Colora, MD, 21917, United States

## Rights and Permissions

    Name: Scott Serio
    Email: eclipsesportswire@gmail.com
    Telephone: (443)693-3454
    Address: 7 Spring Knoll Ct.
    Colora, MD, 21917 United States

## Certification

    Name: Joe G. Naylor
    Date: July 02, 2015
    Applicant's Tracking Number: USCO-00218

---

    Correspondence: Yes
    Copyright Office notes: Regarding publication: range of publication dates is 5/3/2015 to 6/20/2015

*0000VA00019746740303*