1  Brendan Ruddy (SBN 297896)
   **DUANE MORRIS LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone: +1 415 957 3000
4  Fax: +1 415 957 3001
   E-mail:bpruddy@duanemorris.com
5
   Attorneys for Plaintiff
6  SCOTT SERIO

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | SCOTT SERIO,                              | Case No.: 3:16-cv-00438-JSC
12 |                    Plaintiff,             | **NOTICE OF SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE**
13 |        v.                                 |
14 | FUN FAIR INC. d/b/a MARIN COUNTY SPORTS,  |
15 |                    Defendant.             |

16

17 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18         **PLEASE TAKE NOTICE** that plaintiff hereby requests substitution of the following

19 attorney:

20         Brandon P. Leahy (SBN 298064)
           Duane Morris LLP
21         One Market, Spear Tower, Suite 2200
           San Francisco, CA  94105-1127
22         Telephone:  415.957.3000
           Facsimile:  415.957.3001
23         Email:  bpleahy@duanemorris.com

24         In his place, plaintiff designates the following as counsel of record:

25 ///

26 ///

27 ///

28 ///

                                                1

Brendan Ruddy (SBN 297896)
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA  94105-1127
Telephone:  415.957.3000
Facsimile:  415.957.3001
Email:  bpruddy@duanemorris.com

This constitutes the Notice of Appearance by Brendan Ruddy to appear as counsel of record for the plaintiff in the above-entitled action.

Dated: September 29, 2016                                **DUANE MORRIS LLP**

By:      /s/  Brendan Ruddy
      Brendan Ruddy

Attorneys for Plaintiff
SCOTT SERIO

2