Brendan Ruddy (SBN 297896)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: bleahy@duanemorris.com

Attorneys for Plaintiff
SCOTT SERIO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| SCOTT SERIO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FAN FAIR INC. d/b/a MARIN COUNTY SPORTS,<br><br>　　　　　　Defendant. | Case No.: 3:16-cv-00438-CW<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:　　　　　　Hon. Claudia Wilken<br>Complaint Filed:　January 25, 2016 |

# CERTIFICATE OF SERVICE

*Serio v. Fan Fair, Inc. dba Marin County Sports*
USDC - NDCA, Case No. 16-cv-00438-CW

    I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**ORDER REASSIGNING; REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

☒   **BY U.S. MAIL**: ☒ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid.

Fan Fair, Inc.
3838 East Patrick Lane
Phoenix AZ 85050

Defendant

Arizona Corporation Commission
1300 W. Washington
Phoenix, AZ  85007-2929

Agent for Service of Process

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 27, 2016, at San Francisco, California.

*/s/ Beth Coffey*
Beth Coffey