

| | | |
|---|---|---|
| NEW YORK | | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | BRENDAN RUDDY | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 415 957 3143 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 415 723 7548 | CHERRY HILL |
| SHANGHAI | *E-MAIL*: BPRuddy@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

November 1, 2016

VIA ECF FILING & REGULAR MAIL

The Honorable Claudia Wilken
United States District Court, Northern
District of California - Oakland Division
Courtroom 2, 4th Floor
1301 Clay Street
Oakland, CA  94612-5212

   Re: <u>Scott Serio v. Fan Fair, Inc., Case No. 4:16-cv-00438-CW</u>

Dear Judge Wilken:

  This firm represents the Plaintiff, Scott Serio in this action.  I am writing to inform the Court of our efforts to serve defendant Fan Fair, Inc. with the Order Reassigning; Report and Recommendation Granting Plaintiff's Motion for Default Judgment, issued by Magistrate Judge Jacqueline Scott Corley on October 18, 2016 ("the Order").  ECF No. 28.  Because of the following described events regarding service of the Order, which occurred after our Certificate of Service was filed, I am writing to insure that the Court is fully informed of the status of our efforts to effect service of the Order.  This case was reassigned to Your Honor on October 18, 2016.  ECF No. 29.

  Pursuant to the Order, our offices sent a copy of the Order to Fan Fair, Inc. at 3838 East Patrick Lane, Phoenix, Arizona 85050, by U.S. express mail on October 27, 2016.  This is reflected in the Certificate of Service filed on that same date.  *See* ECF No. 30.  The address for Fan Fair, Inc. used is the same address that the Arizona Corporation Commission listed as the last known address of Fan Fair, Inc., which is an Arizona corporation.  *See* ECF No. 18; *see also* ECF No. 28, pp. 3-4.

---

DUANE MORRIS LLP

SPEAR TOWER, ONE MARKET PLAZA, SUITE 2200  PHONE: +1 415 957 3000 FAX: +1 415 957 3001
SAN FRANCISCO, CA  94105-1127

DuaneMorris

The Honorable Claudia Wilken
November 1, 2016
Page 2

      On Monday, October 31, 2016, I was contacted by Cindy Martin, a Supervisor at the U.S. Post Office in Boulder Hills, Arizona.  Ms. Martin informed me that Fan Fair, Inc. is no longer located at 3838 East Patrick Lane, Phoenix, Arizona 85050, and that a mail forwarding alert for Fan Fair, Inc. has expired.  The Post Office does not have a new address for Fan Fair, Inc., nor was Ms. Martin able to identify when Fan Fair, Inc. changed locations.  Ms. Martin said she will be returning the letter dated October 27, 2016 (which contains service of the Order).

      My own review of the Arizona Corporation Commission's online records on October 31, 2016, indicates that Fan Fair, Inc. has a new address, which became known to the Arizona Corporation Commission after alternative service of the Summons and Second Amended Complaint was made in this case.  That new address is:

    Fan Fair, Inc.
    519 W. Lone Cactus Drive, Suite 201
    Phoenix, AZ  85027

And its President, Jeff Kranz's address is now listed as:

    22520 N. 38th Place
    Phoenix, AZ  85050

      Accordingly, on October 31, 2016, I sent the Order to both of these new addresses by U.S. express mail.

      Should we become aware of any additional information concerning those mailings to Fan Fair, Inc., we will notify the Court.

                                            Very truly yours,

                                            */s/ Brendan Ruddy*
                                            Brendan Ruddy

BPR

cc:    Fan Fair, Inc. 519 W. Lone Cactus Drive, Suite 201 Phoenix, AZ  85027
        Jeff Kranz, President, Fan Fair, Inc., 22520 N. 38th Place Phoenix, AZ  85050