IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SERIO, | No. C 16-438 CW |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| FAN FAIR d/b/a MARIN COUNTY SPORTS, | |
| Defendant. | |

On October 18, 2016, Magistrate Judge Corley entered an order reassigning the above-captioned case to this Court and a report and recommendation that the Court grant Plaintiff's motion for default judgment.  On November 1, 2016, Plaintiff filed a letter with the Court stating that the address that he had used to serve Defendant in this case was no longer valid.  Plaintiff further indicated that he had sent Magistrate Judge Corley's order to Defendant's current address listed with the Arizona Corporation Commission.  On November 4, 2016, Defendant appeared and filed an answer to the complaint.  Accordingly, the Court DENIES the motion for default judgment (Docket Nos. 24 and 28).  Defendant is directed to file a consent or declination to proceed before a magistrate judge within one week of the date of this order.

IT IS SO ORDERED.

Dated: November 8, 2016

CLAUDIA WILKEN
United States District Judge